# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES** Sealed: No |
| Plaintiff(s) 18cr2034 | Case No.: 18-CR-2034-CJW |
| vs. | Presiding Judge: Mark A Roberts, Magistrate Judge |
| RANDY CONSTANT | Deputy Clerk: Jill Hawkins |
| Defendant(s) | Official Court Record: FTR Gold |

| Date: | 12/20/2018 | Start: | 8:57 AM | Adjourn: | 9:40 AM | Courtroom: | 4, 4th Floor, Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| Appearances: | | Plaintiff(s): | AUSA Jacob Schunk and Anthony Morfitt | | | | |
| | | Defendant(s): | Appears personally and is represented by Mark Weinhardt | | | | |
| | | U.S. Probation: | Marcus Perez | | | | |
| | | Interpreter: | --- | Language: | --- | Certified: -- | Phone: -- |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: X | AND/OR | ARRAIGNMENT: X |
|---|---|---|---|

| | | |
|---|---|---|
| | Date of Information: | 12/19/2018 |
| | Was defendant *Mirandized*? | Yes |
| | Defendant pleaded | Guilty |
| | Counsel: Retained: X or Appointed: FPD/Other: | |
| | Stipulation to discovery plan? --- | Did defendant provide financial affidavit? --- |
| | Did the government move for detention? No | Was the defendant detained? No |
| | Was a detention hearing set? No Date: --- | |
| | Was a trial date set? No Date: --- | |

| PLEA: | Defendant pleaded GUILTY to count(s): | 1 of the Information |
|---|---|---|
| | Defendant is released pending sentencing. | |

| | **Witness/Exhibit List is** | Government Exhibit 1 is received under seal |
|---|---|---|
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| | **Miscellaneous:** | Court places the defendant under oath.<br><br>Defendant is competent and understands the charges.<br><br>Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights. |

| | | |
|---|---|---|
| | | Defendant's plea of guilty is voluntary.
Court finds that the defendant should be adjudged guilty of Count 1 of the Information based upon his plea of guilty.
USP to prepare PSIR. |