IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-2034 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| RANDY CONSTANT, | ) | |
| Defendants | ) | |

The Defendant, Randy Constant requests leave of this Court to file his sentencing memorandum under seal. In support of his motion, Mr. Constant states as follows:

1. The undersigned counsel proposes to file Mr. Constant's sentencing memorandum under seal.

2. Mr. Constant's sentencing memorandum contains confidential and private personal and case information that should not be made public.

WHEREFORE, the Defendant, Randy Constant, prays this Court for an order granting his motion for leave to file his sentencing motion under seal.

                                          THE WEINHARDT LAW FIRM

                                          By /s/ Mark E. Weinhardt

| Mark E. Weinhardt | AT0008280 |
|---|---|
| Todd M. Lantz | AT0010162 |

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlaw.com
          tlantz@weinhardtlaw.com

ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on August 9, 2019 by

| | | | |
|---|---|---|---|
| ☐ | U.S. Mail | ☐ | FAX |
| ☐ | Hand Delivered | ☐ | Electronic Mail |
| ☐ | FedEx/ Overnight Carrier | ☒ | EDMS |

All counsel of record

Signature:     /s/ Michele Baldus