IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 18-CR-2034-CJW |
| | ) | |
| vs. | ) | |
| | ) | GOVERNMENT'S |
| RANDY CONSTANT, | ) | MEMORANDUM REGARDING |
| | ) | SENTENCING |
| Defendant. | ) | |

The United States provides this memorandum regarding sentencing.

## I.   CASE SUMMARY

   A.   Witnesses:

      (1) Assistant Special Agent in Charge, USDA-OIG, Brad Meyer

      (2) Special Agent, USDA-OIG, Chris Phillips

   B.   Exhibits:

      (1) 2016 Customer Deposits

      (2) 2016 Customer Purchases by Bushel

      (3) Survey Excerpts

      (4) Stipulation

   C.   Issues:

The Presentence Investigation Report (PSR) identified one issue for the Court's immediate resolution: the identification of victims and the appropriateness of a restitution award. In addition, the PSR noted that that the defendant contemplated filing a motion for a downward departure and/or variance. If such a

motion is filed, the United States will respond in accordance with the Court's deadlines. A brief addressing the victim and restitution issue as well as the appropriateness of a significant sentence for this defendant is attached to this memorandum.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, /s/ *Jacob A. Schunk*

JACOB A. SCHUNK
ANTHONY R. MORFITT
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
jacob.schunk@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on August 9, 2019.

UNITED STATES ATTORNEY

BY: /s/ TVM

COPIES TO: Mark Weinhardt
　　　　　　 US Probation