**Deposits by Year**

Table 1

| Year | | | | Customer Name | | | | | | | Unknown Wires | Unknown Deposits | Total | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 169,537.65 | | 5,266,175.93 | 316,883.08 | 1,396,191.10 | 752,292.00 | | | | | 7,316,669.20 | 1,290,820.04 | 16,508,569.00 | 2010 |
| 2011 | 5,135,353.80 | | 3,126,561.19 | 2,551,818.04 | 1,834,135.65 | 1,014,407.52 | 111,344.10 | | | | 1,712,893.94 | 1,836.81 | 15,488,351.05 | 2011 |
| 2012 | 8,387,803.00 | 3,539,451.53 | 1,392,464.75 | 246,444.70 | 640,270.10 | | | 289,644.74 | | | 1,325,753.50 | 1,748.86 | 15,823,581.18 | 2012 |
| 2013 | 11,763,015.45 | 7,428,712.17 | | | | 94,106.48 | | | | | | 4,545.60 | 19,290,379.70 | 2013 |
| 2014 | 18,524,793.89 | 3,554,639.14 | | | | | | | | | | 7,215.57 | 22,086,648.60 | 2014 |
| 2015 | 14,546,279.63 | 5,791,067.61 | 1,499,666.49 | | | | | | 360,168.71 | | | 2,224,252.85 | 24,421,435.29 | 2015 |
| 2016 | 8,950,194.86 | 174,845.00 | 5,867,266.49 | | | | | | 3,136,663.90 | 943,361.50 | | 32,614.49 | 19,104,946.24 | 2016 |
| 2017 | 4,762,342.35 | | 2,603,398.56 | | | | | | 589,064.80 | 1,754,759.08 | | | 9,709,564.79 | 2017 |
| Total | 72,239,320.63 | 20,488,715.45 | 19,755,533.41 | 3,115,145.82 | 3,870,596.85 | 1,860,806.00 | 111,344.10 | 289,644.74 | 4,085,897.41 | 2,698,120.58 | 10,355,316.64 | 3,563,034.22 | 142,433,475.85 | |

**Government Exhibit 1**

**Case 18-cr-02034**