| 2016 Soybean Sales | | |
|---|---:|---|
| | 109,757 | bushels |
| | 45,000 | bushels |
| | 140,304 | bushels |
| | 88,023 | bushels |
| **Total** | **383,084** | bushels |

| 2016 Corn Sales | | |
|---|---:|---|
| | 953,457 | bushels |
| | 515,837 | bushels |
| | 219,700 | bushels |
| | 111,489 | bushels |
| **Total** | **1,800,483** | bushels |

**Government Exhibit 2**
Case 18-cr-02034