IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 18-CR-2034-CJW |
| vs. | ) |
| RANDY CONSTANT, | ) |
| Defendant. | ) |

**SENTENCING STIPULATIONS**

For the relevant period, it is reasonable to assume that non-GMO corn could have been sold for approximately 43 percent of the price of organic corn and non-GMO beans could have been sold for approximately 56 percent of the price of organic beans. The grain sold to or through Constant was most frequently used as animal feed, primarily for chickens and cattle.

_____
Mark Weinhardt
ATTORNEY FOR THOMAS BRENNAN

_____
Jacob Schunk
ATTORNEY FOR THE UNITED STATES

Government Exhibit 4
Case 18-CR-2034