# Appendix A.
# Statistical Methodology

Government Exhibit
5
Case
18-CR-2034

## THE CENSUS POPULATION

The target population for the 2016 Certified Organic Survey was all U.S. farms and ranches certified for meeting the standards of the National Organic Program (NOP) administered by the USDA's Agricultural Marketing Service (AMS). (NOP standards are available on the internet at www.ams.usda.gov/nop.) Only data from operations certified by an AMS approved agent are published.

To ensure that all certified organic farms and ranches were provided the opportunity to complete the survey, the list of farms and ranches contacted for this survey included producers identified as certified organic or transitioning to organic certification in NASS' List Frame and the AMS Certified Organic List. The final census count included 18,418 producers that met the criteria. Table A provides the census count and response rates for the U.S. and each state. The census count is the number of records from the mail list that had certified organic production in 2016 or whose operational status was unknown. The census count for the U.S. was 15,806. The response rate is the percent of the census count that completed the report form. The response rate for the U.S. was 60 percent.

Table B provides the certified organic farm counts and acres from the 2015 Certified Organic Survey and the 2016 survey.

## DATA COLLECTION

### Report Form

A 12-page report form was designed using lessons learned from the 2015 Certified Organic Survey and input from USDA's Risk Management Agency (RMA). Additionally, eight cognitive interviews of the form were conducted in California with farms and ranches in the target population. The report form collected information about certified organic production and sales of field crops, vegetables, fruits, tree nuts, berries, floriculture crops, nursery crops, mushrooms, Christmas trees, maple syrup, livestock, livestock products, poultry, and poultry products. See Appendix B for a copy of the final report form and instruction sheet.

### Methods of Enumeration

The initial mailout occurred in early February 2017. The mail packet included a cover letter with instructions on how to complete the survey online and response due dates, a labeled report form, an instruction sheet, and a return envelope. One follow-up mailout to nonrespondents occurred in late February 2017. Printing, mail packet preparations, and mailouts were managed by the U.S. Census Bureau's National Processing Center (NPC) in Jeffersonville, IN. Alternatively, respondents had the option to complete the report form online. Additional interviews occurred via telephone by NASS Data Collection Centers and in person by National Association of State Departments of Agriculture (NASDA) staff from March 2017 through July 2017.

As usual with NASS survey practices, a select group of producers was scheduled for contact on another NASS agricultural survey in this time period. To minimize the number of agency contacts, data were collected simultaneously for this group by NASS staff in the Regional Field Offices (RFO) or by NASDA staff. RFO and NASDA staff collected data by personal enumeration or by phone from February 2017 through July 2017.

## PROCESSING

### Data Capture

All report forms returned to the NPC were immediately checked in, using bar codes printed on the mailing label, and removed from the follow-up

mailout. All forms with any data were scanned and an image was created for each page of a report form. After the images were created, the data were keyed as reported from the paper form received. Any inconsistencies and respondent remarks were reviewed by statisticians in the RFOs and corrected, if necessary, during data editing and analysis.

## Data Editing and Analysis

Data from each report form were processed through a computer edit which flagged missing or conflicting entries. Each report with a flagged entry was reviewed by RFO and/or Headquarters statisticians. Action was required for any record with reported data that were clearly incorrect, for example, in some cases, respondents may have failed to provide all of the information requested, only indicating the presence of an item but not the amount. These items were tagged for machine imputation.

After the initial edit, an automated regression imputation program supplied missing data based on similar certified organic agricultural data. A post-imputation computer edit was performed to ensure imputation actions provided acceptable results. Instances where imputed data failed edit checks were referred to statisticians for corrective action.

The computer edit ensured the data on a report form were internally consistent. Analysis tools were provided to examine the data across records to check for distributional irregularities and data outliers. Statisticians corrected suspect data when necessary and re-edited the record.

## ESTIMATION

NASS's goal was to produce certified organic agricultural totals for the publication that were fully adjusted for list undercoverage and nonresponse. Although much effort was expended making the 2016 Certified Organic Survey list as complete as possible, it did not include all U.S. organic farms and ranches, resulting in list undercoverage. Some certified organic producers did not respond to the survey, despite numerous attempts to contact them.

## Nonresponse Weights

Not every producer that was contacted provided the requested data. Nonrespondents were accounted for in the final data by increasing the survey weights of the respondents inversely to the proportion of nonrespondents. Record-level list frame control data and 2012 Census of Agriculture (CoA) state-level number of certified organic farms and ranches were used to define weighting cells (strata) comprised of farms and ranches of similar size or production. The counts of survey respondents and nonrespondents were used to compute the adjustment factor for the weighting cell. The methodology assumed nonresponse was random. For example, a weighting cell has 100 farms and ranches of which 80 responded and 20 did not. Every respondent would have its original weight of 1 increased to 1.25 (100/80) to represent the farms and ranches not responding.

## Undercoverage Weights

The 2012 CoA was used to adjust for undercoverage. The records of respondents to the 2016 Certified Organic Survey were matched to the records responding on the 2012 CoA organic production section. For the records that responded as having organic production on both the 2016 survey and on the 2012 CoA, the undercoverage weights from the 2012 CoA were applied to the 2016 survey response. These records were used to build a regression model of undercoverage weights using 2016 survey responses. For each 2016 survey response that did not match to a 2012 CoA record, the estimated weight from the regression model was that record's undercoverage weight.

## MEASURES OF SURVEY QUALITY

Results of the 2016 Certified Organic Survey are subject to nonsampling errors. Sources of nonsampling errors include respondent reporting errors, recording errors, errors in data capture, or errors in action taken during editing and imputation. Extensive efforts were made to minimize these types of errors. Table C provides statistical precision estimates for the number of farms and ranches and acres and the total value of sales for the United States and for each state.

Table A. **Certified Organic Survey Census Count and Response Rates: 2016**
[For meaning of abbreviations and symbols, see introductory text.]

| Geographic area | Census count (number) | Response rate (percent) |
|---|---:|---:|
| United States | 15,806 | 60 |
| Alabama | 41 | 48 |
| Alaska | 13 | 65 |
| Arizona | 62 | 53 |
| Arkansas | 50 | 72 |
| California | 2,902 | 59 |
| Colorado | 209 | 58 |
| Connecticut | 65 | 58 |
| Delaware | 5 | 38 |
| Florida | 226 | 41 |
| Georgia | 422 | 49 |
| Hawaii | 139 | 52 |
| Idaho | 215 | 55 |
| Illinois | 234 | 58 |
| Indiana | 445 | 65 |
| Iowa | 781 | 63 |
| Kansas | 110 | 57 |
| Kentucky | 105 | 80 |
| Louisiana | 19 | 53 |
| Maine | 410 | 68 |
| Maryland | 108 | 65 |
| Massachusetts | 136 | 58 |
| Michigan | 470 | 58 |
| Minnesota | 607 | 55 |
| Mississippi | 27 | 60 |
| Missouri | 285 | 68 |
| Montana | 169 | 71 |
| Nebraska | 187 | 60 |
| Nevada | 37 | 64 |
| New Hampshire | 109 | 57 |
| New Jersey | 76 | 57 |
| New Mexico | 112 | 60 |
| New York | 1,112 | 58 |
| North Carolina | 288 | 70 |
| North Dakota | 128 | 54 |
| Ohio | 619 | 65 |
| Oklahoma | 60 | 67 |
| Oregon | 523 | 59 |
| Pennsylvania | 840 | 63 |
| Rhode Island | 20 | 48 |
| South Carolina | 69 | 59 |
| South Dakota | 96 | 67 |
| Tennessee | 49 | 70 |
| Texas | 309 | 56 |
| Utah | 51 | 64 |
| Vermont | 531 | 66 |
| Virginia | 174 | 70 |
| Washington | 711 | 51 |
| West Virginia | 11 | 96 |
| Wisconsin | 1,379 | 58 |
| Wyoming | 60 | 48 |

Table B. **Land Used for Certified Organic Production: 2016 Certified Organic Survey and 2015 Certified Organic Survey**

[For meaning of abbreviations and symbols, see introductory text.]

| Geographic area | 2016 Certified Organic Survey | | 2015 Certified Organic Survey | |
|---|---|---|---|---|
| | Farms | Acres | Farms | Acres |
| United States | 14,217 | 5,019,496 | 12,818 | 4,361,849 |
| Alabama | 18 | 2,014 | 22 | 1,385 |
| Alaska | 8 | (D) | 4 | 695,186 |
| Arizona | 38 | 33,183 | 48 | 23,066 |
| Arkansas | 64 | 4,871 | 32 | 2,015 |
| California | 2,713 | 1,069,950 | 2,637 | 790,413 |
| Colorado | 181 | 176,496 | 136 | 151,571 |
| Connecticut | 57 | 1,691 | 59 | 2,536 |
| Delaware | 2 | (D) | 3 | (D) |
| Florida | 123 | 11,679 | 159 | 12,757 |
| Georgia | 83 | 5,347 | 95 | 3,161 |
| Hawaii | 113 | 7,163 | 120 | 1,646 |
| Idaho | 166 | 178,567 | 168 | 167,182 |
| Illinois | 205 | 39,153 | 196 | 36,952 |
| Indiana | 420 | 43,219 | 332 | 34,858 |
| Iowa | 732 | 103,136 | 674 | 93,707 |
| Kansas | 86 | 54,208 | 80 | 52,199 |
| Kentucky | 100 | 10,255 | 86 | 7,497 |
| Louisiana | 21 | 5,426 | 7 | 2,714 |
| Maine | 494 | 55,316 | 476 | 48,502 |
| Maryland | 111 | 12,450 | 88 | 10,442 |
| Massachusetts | 127 | 7,242 | 130 | 5,867 |
| Michigan | 402 | 76,192 | 298 | 55,926 |
| Minnesota | 545 | 130,688 | 431 | 115,321 |
| Mississippi | 29 | 23,414 | 12 | 3,044 |
| Missouri | 302 | 41,078 | 176 | 31,681 |
| Montana | 156 | 266,048 | 138 | 250,531 |
| Nebraska | 162 | 107,371 | 161 | 120,798 |
| Nevada | 34 | 12,203 | 31 | 12,283 |
| New Hampshire | 107 | 7,858 | 106 | 9,282 |
| New Jersey | 53 | 1,521 | 75 | 2,349 |
| New Mexico | 75 | 94,143 | 90 | 51,638 |
| New York | 1,059 | 264,385 | 934 | 238,700 |
| North Carolina | 247 | 31,800 | 203 | 28,727 |
| North Dakota | 114 | 116,305 | 100 | 110,784 |
| Ohio | 575 | (D) | 463 | 66,660 |
| Oklahoma | 34 | 18,008 | 23 | 6,082 |
| Oregon | 461 | 194,769 | 409 | 175,675 |
| Pennsylvania | 803 | 93,418 | 681 | 85,164 |
| Rhode Island | 25 | 137 | 19 | (D) |
| South Carolina | 44 | 3,163 | 26 | 2,741 |
| South Dakota | 86 | 115,780 | 97 | 92,462 |
| Tennessee | 38 | 3,341 | 25 | 2,321 |
| Texas | 217 | 146,801 | 134 | 86,665 |
| Utah | 51 | 97,919 | 54 | 100,515 |
| Vermont | 556 | 134,336 | 568 | 132,643 |
| Virginia | 165 | 24,848 | 139 | 23,453 |
| Washington | 677 | 78,739 | 598 | 71,781 |
| West Virginia | 14 | 2,362 | 16 | 2,439 |
| Wisconsin | 1,276 | 219,266 | 1,205 | 209,615 |
| Wyoming | 48 | 119,870 | 54 | 128,617 |

Table C. **Coefficient of Variation: 2016**
[For meaning of abbreviations and symbols, see introductory text.]

| Geographic area | Farms | | Acres | | Value of sales | |
|---|---|---|---|---|---|---|
| | Farms | Coefficient of variation (percent) | Acres | Coefficient of variation (percent) | Total ($1,000) | Coefficient of variation (percent) |
| United States | 14,217 | 0.4 | 5,019,496 | 5.6 | 7,553,872 | 3.1 |
| Alabama | 18 | 3.3 | 2,014 | 13.6 | 1,915 | 8.8 |
| Alaska | 8 | 0.9 | (D) | (D) | (D) | (D) |
| Arizona | 38 | 4.5 | 33,183 | 15.3 | 117,790 | 9.9 |
| Arkansas | 64 | 3.3 | 4,871 | 13.6 | 39,768 | 8.8 |
| California | 2,713 | 1.0 | 1,069,950 | 9.0 | 2,889,156 | 5.8 |
| Colorado | 181 | 1.9 | 176,496 | 4.6 | 181,297 | 8.6 |
| Connecticut | 57 | 1.4 | 1,691 | 1.2 | 6,943 | 4.6 |
| Delaware | 2 | 1.4 | (D) | (D) | (D) | (D) |
| Florida | 123 | 3.3 | 11,679 | 13.6 | 72,351 | 8.8 |
| Georgia | 83 | 3.3 | 5,347 | 13.6 | 48,233 | 8.8 |
| Hawaii | 113 | 4.5 | 7,163 | 15.3 | 13,408 | 9.9 |
| Idaho | 166 | 0.9 | 178,567 | 24.2 | 98,005 | 3.0 |
| Illinois | 205 | 1.4 | 39,153 | 1.9 | 52,106 | 9.4 |
| Indiana | 420 | 1.4 | 43,219 | 1.9 | 99,124 | 9.4 |
| Iowa | 732 | 1.5 | 103,136 | 4.6 | 131,188 | 5.1 |
| Kansas | 86 | 1.6 | 54,208 | 4.4 | 50,020 | 19.1 |
| Kentucky | 100 | 1.2 | 10,255 | 4.3 | 12,181 | 5.4 |
| Louisiana | 21 | 3.3 | 5,426 | 13.6 | 11,120 | 8.8 |
| Maine | 494 | 1.4 | 55,316 | 1.2 | 65,648 | 4.6 |
| Maryland | 111 | 1.4 | 12,450 | 1.2 | 17,679 | 4.6 |
| Massachusetts | 127 | 1.4 | 7,242 | 1.2 | 26,125 | 4.6 |
| Michigan | 402 | 1.4 | 76,192 | 1.9 | 201,067 | 9.4 |
| Minnesota | 545 | 1.3 | 130,688 | 3.6 | 106,479 | 4.0 |
| Mississippi | 29 | 3.3 | 23,414 | 13.6 | 16,381 | 8.8 |
| Missouri | 302 | 1.4 | 41,078 | 1.9 | 101,298 | 9.4 |
| Montana | 156 | 1.9 | 266,048 | 4.6 | 53,187 | 8.6 |
| Nebraska | 162 | 1.6 | 107,371 | 4.4 | 95,971 | 19.1 |
| Nevada | 34 | 1.9 | 12,203 | 4.6 | 29,091 | 8.6 |
| New Hampshire | 107 | 1.4 | 7,858 | 1.2 | 9,050 | 4.6 |
| New Jersey | 53 | 1.4 | 1,521 | 1.2 | 8,831 | 4.6 |
| New Mexico | 75 | 1.9 | 94,143 | 4.6 | 44,979 | 8.6 |
| New York | 1,059 | 1.4 | 264,385 | 2.4 | 215,859 | 6.4 |
| North Carolina | 247 | 1.2 | 31,800 | 4.3 | 144,917 | 5.4 |
| North Dakota | 114 | 1.6 | 116,305 | 4.4 | 22,741 | 19.1 |
| Ohio | 575 | 2.2 | (D) | (D) | 101,242 | 4.3 |
| Oklahoma | 34 | 3.2 | 18,008 | 5.9 | 4,608 | 10.4 |
| Oregon | 461 | 0.9 | 194,769 | 24.2 | 350,896 | 3.0 |
| Pennsylvania | 803 | 2.3 | 93,418 | 5.0 | 659,629 | 14.7 |
| Rhode Island | 25 | 1.4 | 137 | 1.2 | 2,275 | 4.6 |
| South Carolina | 44 | 3.3 | 3,163 | 13.6 | 11,553 | 8.8 |
| South Dakota | 86 | 1.6 | 115,780 | 4.4 | 17,320 | 19.1 |
| Tennessee | 38 | 1.2 | 3,341 | 4.3 | 5,614 | 5.4 |
| Texas | 217 | 3.2 | 146,801 | 5.9 | 297,484 | 10.4 |
| Utah | 51 | 1.9 | 97,919 | 4.6 | 26,118 | 8.6 |
| Vermont | 556 | 1.7 | 134,336 | 3.5 | 127,054 | 3.1 |
| Virginia | 165 | 1.2 | 24,848 | 4.3 | 55,914 | 5.4 |
| Washington | 677 | 1.2 | 78,739 | 4.5 | 636,245 | 6.0 |
| West Virginia | 14 | 1.2 | 2,362 | 4.3 | 2,025 | 5.4 |
| Wisconsin | 1,276 | 1.5 | 219,266 | 2.6 | 255,450 | 2.4 |
| Wyoming | 48 | 1.9 | 119,870 | 4.6 | 15,062 | 8.6 |