08/30/2019 FRI 13:27 FAX 660 646 5237 LINDLEY FUNERAL HOME ⌧001/001

LOCAL REGISTRAR
LIVINGSTON COUNTY HEALTH CNTR
800 ADAM DR
CHILLICOTHE MO 64601

MISSOURI DEPARTMENT OF HEALTH
AND SENIOR SERVICES
FEE RECEIPT
DEATH CERTIFICATION


EXHIBIT A

BROOKS MACOUBRIE
LINDLEY FUNERAL HOME
PO BOX 47
CHILLICOTHE MO 64601

REGISTRANT(S): RANDALL JAY CONSTANT
D9999-999999
5 COPY

MO 580-0698 (6-19)

| YOUR RECENT REQUEST HAS BEEN ACTED UPON AS INDICATED BELOW: | | | | |
|---|---|---|---|---|
| DATE RECEIVED | TOTAL AMOUNT | AMOUNT THIS REQUEST | PROCESSING FEE REQUIRED | REFUND |
| 08/22/2019 | 53.00 | 13.00 | 0.00 | 0.00 |

**UNAPPLIED REMITTANCES ONLY VALID FOR ONE YEAR AFTER RECEIPT.** When you inquire about your request, please return this receipt. If a refund is indicated, it will be mailed within 30 to 60 days.

# MISSOURI

## CERTIFICATION OF DEATH

DATE FILED: AUGUST 22, 2019    STATE FILE NUMBER: 124-19-025682

DECEDENT NAME: RANDALL JAY CONSTANT    SEX: MALE

DATE OF DEATH: AUGUST 19, 2019    COUNTY OF DEATH: LIVINGSTON

DATE OF BIRTH: DECEMBER 12, 1958    MARITAL STATUS: MARRIED    EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: 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    RESIDENCE ADDRESS: 1602 WEBSTER STREET CHILLICOTHE, MISSOURI

SURVIVING SPOUSE: (IF WIFE, MAIDEN NAME): PAMELA STEPHENS

FUNERAL HOME: LINDLEY FUNERAL HOME
UNDERLYING CAUSE (ICD CODE):    MANNER: SUICIDE
CARBON MONOXIDE POISONING - 20 MINUTES

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: LIVINGSTON

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

DATE ISSUED: AUGUST 22, 2019

*Kenneth J. Palermo*
Kenneth J. Palermo
State Registrar

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

Case 6:18-cr-03034-CJW-MAR    Document 41-1    Filed 08/30/19    Page 1 of 1