1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF IOWA
2

3   UNITED STATES OF AMERICA,   )
                                )
4                 Plaintiff,    )
                                )
5       VS.                     )   18-CR-2034
                                )
6   RANDY CONSTANT,             )
                                )
7                 Defendant.    )

8

9                     APPEARANCES:

10  ATTORNEYS JACOB A. SCHUNK AND ANTHONY R. MORFITT,
    U.S. Attorney's Office, 111 Seventh Avenue S.E., Box 1,
11  Cedar Rapids, Iowa 52401, appeared on behalf of the
    United States.
12
    ATTORNEY MARK E. WEINHARDT, Weinhardt Law Firm,
13  2600 Grand Avenue, Suite 450, Des Moines, Iowa 50312,
    appeared on behalf of the Defendant.
14

15                   SENTENCING HEARING,

16          HELD BEFORE THE HON. C.J. WILLIAMS,

17  on the 16th day of August, 2019, at 111 Seventh Avenue

18  S.E., Cedar Rapids, Iowa, commencing at 3:58 p.m., and

19  reported by Patrice A. Murray, Certified Shorthand

20  Reporter, using machine shorthand.

21  Transcript Ordered:  1/10/20
    Transcript Completed:  1/30/20
22

23           Patrice A. Murray, CSR, RPR, RMR, FCRR
                 United States District Court
24            111 Seventh Avenue S.E., Box 4
                 Cedar Rapids, Iowa 52401-2101
25                     (319) 286-2338

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov
to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 1 of 61

1     (The following proceedings were held in open court.)

2          THE COURT:  All right.  The matter now before

3     the Court is United States of America versus Randy

4     Constant, Criminal Case Number 18-CR-2034.  This matter

5     comes on for a sentencing hearing.  The United States is

6     represented by Assistant United States Attorneys Jacob

7     Schunk and Tony Morfitt.  The defendant is personally

8     present and represented by Attorney Mark Weinhardt.

9     Senior United States Probation Officer Angie Myhlhousen,

10    who is the author of the presentence report that appears

11    at document number 28, is also present in the courtroom.

12         On December 20, 2018, the defendant pled guilty to

13    Count 1 of a one-count information that charged him with

14    the crime of wire fraud in violation of Title 18 United

15    States Code Section 1343.  That crime is punishable by up

16    to 20 years in prison without the possibility of parole.

17    After the defendant has served his prison sentence, the

18    Court can place the defendant on supervised release for

19    up to 3 years.  Probation is an option.  And were the

20    Court to impose probation, it would be for a term of 1 to

21    5 years.  The Court can impose a fine of up to $838,835.

22    The Court must impose a $100 mandatory special

23    assessment, and there is restitution at issue in this

24    sentencing hearing.

25         Mr. Schunk, on behalf of the United States, have you

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 2 of 61

1  had a full and fair opportunity to review the presentence

2  report in this case?

3          MR. SCHUNK:  Yes, Your Honor.

4          THE COURT:  Does the government have any

5  outstanding objections to the calculation of the advisory

6  guidelines or anything else in that report?

7          MR. SCHUNK:  No, Your Honor.

8          THE COURT:  Thank you.  Mr. Weinhardt, on

9  behalf of the defendant, did you and your client have a

10  full and fair opportunity to review the presentence

11  report in this case?

12          MR. WEINHARDT:  We did, Your Honor.

13          THE COURT:  Does the defendant have any

14  outstanding objections to the calculation of the advisory

15  guidelines or anything else in the report?

16          MR. WEINHARDT:  We have certain objections that

17  were noted by the probation officer, but nothing that

18  requires the action of the Court.

19          THE COURT:  Thank you, Mr. Weinhardt.  Can you

20  make a brief record, sir, about how you went through this

21  report with your client.

22          MR. WEINHARDT:  Yes, Your Honor.  Both at the

23  draft stage when we worked on objections and later in

24  preparation for this hearing we discussed the presentence

25  report.  We discussed it on one occasion in person; we're

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 3 of 61

 1   separated by some distance.  But we discussed it at

 2   length by telephone, going paragraph by paragraph; and

 3   exchanged multiple e-mail messages where he would suggest

 4   factual things and so forth, and then I would turn those

 5   into objections, or there were items we discussed for

 6   today's hearing.

 7        Ultimately, many of the issues that Ms. Myhlhousen

 8   has noted as factual objections on our part are things

 9   that are the product of our interaction.

10            THE COURT:  Thank you, Mr. Weinhardt.

11        Mr. Constant, I know from the presentence report, it

12   appears you had the ability -- or your English skills are

13   such that you were able to read this report on your own,

14   sir.

15            THE DEFENDANT:  Yes, sir, I did.

16            THE COURT:  You can remain seated, sir.

17            THE DEFENDANT:  Thank you.

18            THE COURT:  Do you feel like you've had

19   sufficient time to go through this report with your

20   attorney?

21            THE DEFENDANT:  Yes, sir.

22            THE COURT:  When you met with Mr. Weinhardt,

23   was he able to answer any questions you had about this

24   report, sir?

25            THE DEFENDANT:  Yes, sir.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 4 of 61

1        THE COURT:  Do you have any questions today

2   about this report?

3        THE DEFENDANT:  No, Your Honor.

4        THE COURT:  All right.  Let's turn then to the

5   calculation of the advisory guidelines as set forth in

6   the report.  That begins at page 11 of the report.  The

7   defendant has been assessed with a base offense level of

8   7 at paragraph 25.  There is a 24-level upward adjustment

9   or enhancement based on the loss amount in this case at

10  paragraph 26.  There is a 2-level enhancement at

11  paragraph 27 for the number of victims involved in the

12  offense.  And there is a 2-level enhancement at paragraph

13  28 for use of sophisticated means.  There's also a

14  4-level enhancement under section 3B1.1(a), reflected at

15  paragraph 30, for an aggravating role in the offense as

16  an organizer or leader of criminal activity involving

17  five or more participants.  That gives us an adjusted

18  offense level of 39.

19       The defendant has pled guilty, and so the Probation

20  Office has awarded him with a 2-level reduction for

21  acceptance of responsibility under section 3E1.1(a).

22       Mr. Schunk, what is the government's position

23  regarding whether the defendant should receive an

24  additional 1-level reduction for entering a timely plea

25  under section 3E1.1(b)?

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 5 of 61

1          MR. SCHUNK:  The United States so moves.

2          THE COURT:  That's granted.  So with the

3    3-level reduction for acceptance of responsibility, the

4    defendant's total offense level would be 36.  The

5    defendant has no criminal history, and so he falls in

6    criminal history category I.  So with a total offense

7    level of 36, criminal history category I, that leaves us

8    with an advisory guideline range of 188 months' to

9    235 months' incarceration.

10         In preparation for today's hearing, I have, of

11   course, reviewed in detail the presentence investigation

12   report in this case.  I've also reviewed the parties'

13   pleadings, and they are voluminous in this case, as they

14   have been with the other ones.  At document number 31,

15   the government filed its opening brief.  The defendant

16   filed a sentencing memorandum at document number 32.  At

17   document number 33, the defendant filed 98 pages of

18   letters in support.  At document number 34, the defendant

19   filed a motion for a downward departure and variance.  At

20   document number 35, the government filed a resistance to

21   the defense motions.  And at document number 36, the

22   government filed a supplemental sentencing memorandum.

23         Mr. Schunk, have I identified all the relevant

24   pleadings pertinent to this sentencing hearing, sir?

25         MR. SCHUNK:  Yes, Your Honor.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR  Document 46  Filed 01/31/20  Page 6 of 61

1           THE COURT:  And Mr. Weinhardt?

2           MR. WEINHARDT:  Yes, Your Honor.

3           THE COURT:  All right.  There's a number of

4    issues before the Court.  The first of which is the

5    matters brought up during the omnibus hearing we had this

6    morning concerning 1B1.1 and the loss amount.  There were

7    arguments made for a downward departure and variance in

8    relation to those.  I am denying the motion for a

9    downward departure or variance regarding the loss

10   calculations under 1B1.1.  I will issue a written

11   memorandum that outlines in greater detail my reasoning

12   behind this, but in summary, I find that application note

13   2B1.1, note 21(C), which suggests there could be a

14   grounds for a downward departure, should not apply in

15   this case.

16        That departure -- that section application note

17   suggests that when you are looking at the total harm to

18   victims in the aggregate, if no individual victim was

19   suffering a significant harm, that a downward departure

20   may be appropriate.  The problem with that application

21   here is that the defendant is not being held accountable

22   for the harm to the ultimate victims in this case.  He's

23   being held accountable for the net gain that he received.

24   Even if I found this to be an applicable application

25   note, in this case I find that the nature of the harm

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 7 of 61

 1   caused here is such that the -- a downward departure

 2   would not be appropriate under that application note

 3   because of the extreme incalculable harm caused to the

 4   consumers who are the end users here.

 5        Regarding a downward variance, regarding application

 6   note 3(F)(v), I recognize that I can have a policy

 7   disagreement with the guidelines and on that basis vary

 8   downward.  I do not have a policy disagreement with

 9   application note 3(F)(v).  I find that it does apply in

10   this case and should apply in this case.  I find that

11   this was a fraud that was committed in relation to goods

12   for which government regulatory approval was needed.

13        In committing a fraud behind the shield of the

14   United States government, it creates a greater harm to

15   the market, to the confidence of consumers, and to the

16   confidence in the United States government.  Fraudsters

17   who take advantage of that trust to peddle fraudulent

18   goods and services wreak greater harm than those who

19   don't.  Caveat emptor, the Latin phrase meaning "buyer

20   beware," reflects the healthy skepticism that all

21   consumers should have about the representations made by

22   sellers about their goods and services.  When, however,

23   as here, the product or service is purportedly vetted by

24   the United States government, it is encouragement to

25   consumers that they need not beware and they can trust in

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 8 of 61

```
 1   the goods that are being sold to them.  Swindlers who
 2   take advantage of that shield jeopardize the confidence
 3   consumers have in the market and confidence the consumers
 4   have in the United States government.
 5        I understand the defense distinguishing this
 6   particular regulatory scheme over these goods, because
 7   there is not necessarily a direct harm that's caused by
 8   the disbursement of goods that are not covered here.  In
 9   this particular case, I think for me to conclude that
10   Congress -- or that this guideline should not apply to
11   organic -- certified organic goods based on that
12   distinction would be having me substitute my judgment as
13   an unelected official for that of Congress.  I find that
14   there is nothing in application note 3(F)(v) that bases
15   its application on whether, in fact, the regulatory
16   scheme is based on a particular harm that may be caused
17   to the public, and so I'm not going to vary downward on
18   that ground.
19        Nor am I going to vary downward on the argument that
20   because the ultimate consumers may not have known that
21   they were harmed, that somehow the harm did not occur or
22   it's not that significant.  Thousands upon thousands of
23   consumers paid for products they did not get and paid for
24   products that they did not want, and that is an
25   incalculable harm that is not reflected in the loss
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 9 of 61

1  amount in this case which is tied to the gross gain and

2  not the harm to the victims.

3      There is argument that the guidelines under 1B1.1,

4  particularly as we get up in the loss amounts, as we are

5  here at $125 million, disproportionately punishes people

6  for loss amounts that may not be proportionate to the

7  criminal culpability of the defendant, and I think there

8  is some merit to that argument.  On the other hand, in

9  this case -- and so I find some merit in the idea that

10 the loss amount in this case does not necessarily

11 accurately reflect the criminal culpability of the

12 defendant.  Whether it was $125 million or $10 million,

13 the criminal culpability in some ways is the same to some

14 degree.

15     On the other hand, I also find that that guideline

16 provision is inadequate to reflect the collateral harm

17 that was caused by the defendant's crime in this case

18 that is not reflected in the guidelines.  There is harm

19 to competitors.  There is harm to other people in the

20 distribution chain whose goodwill in the marketplace and

21 reliability and reputation were harmed as well by the

22 defendant's fraud, and that is not accounted for by the

23 guidelines in the loss amount.

24     And so while I find that the loss calculation amount

25 in 1B1.1 is an imperfect estimate of moral and criminal

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 10 of 61

1  culpability, for purposes of me attempting to determine

2  what an appropriate sentence is under 3553(a), I find

3  that it is close enough to measuring that harm that a

4  variance, a downward variance, is not appropriate; and so

5  I deny the downward motion for variance and downward

6  departure motion incorporated in the argument and briefs

7  on the matters taken up at the omnibus hearing this

8  morning.

9      We have a number of other issues we need to take up

10  here though.  There is another pending variance motion

11  for other grounds that has been made.  At this point

12  though, I'd like to speak with counsel and Mr. Constant

13  at sidebar.

14      (A discussion was held at sidebar and sealed by the

15  Court.)

16      (The following was held in open court.)

17          THE COURT:  All right.  The new sentencing

18  range in this case is going to be 122 to 153 months.

19      There is a pending motion for a downward variance.

20  And so I think the way we'll proceed is, Mr. Weinhardt,

21  it's your motion, I'll hear from you first; I'll hear

22  then from the government; and then I'll hear from

23  Mr. Constant if he wishes to speak on this matter.

24      Before we turn to the downward variance motion,

25  Mr. Schunk, are you aware of any other outstanding issues

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 11 of 61

1    that we need to address in this sentencing hearing?

2         MR. SCHUNK:  The only issue, Your Honor, would

3    be the issue of restitution to USDA.  In my briefing, we

4    discussed restitution.  I did not specifically address

5    restitution to USDA.  It is set forth by Probation.  I

6    would note the amount of that restitution is $205,604,

7    Your Honor.

8         THE COURT:  I also noted that.  And I looked at

9    the plea agreement that the parties have reached, and I

10    noted that I believe it's at paragraph 13I perhaps, or

11    14I, that the parties stipulated that the restitution --

12    that the USDA was harmed in that amount as well.  And so

13    from my view of that, I concluded that there was

14    sufficient factual basis for determining that loss amount

15    for purposes of restitution based on the defendant's

16    stipulation to that fact in the plea agreement.

17    Mr. Weinhardt, is the defendant disputing the amount

18    of the restitution owed to the USDA or that that money is

19    owed to the USDA?

20         MR. WEINHARDT:  No, that is stipulated to, Your

21    Honor.

22         THE COURT:  All right.  Very good.

23    All right.  Anything else then before we turn to the

24    variance motion, Mr. Schunk?

25         MR. SCHUNK:  No, Your Honor.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR    Document 46    Filed 01/31/20    Page 12 of 61

1        THE COURT:  All right.  Mr. Weinhardt, I'll

2   hear from you now.

3        MR. WEINHARDT:  Thank you, Your Honor.  Your

4   Honor, I'm seeking a downward variance on a variety of

5   grounds that are all captured generally within

6   18 USC 3553(a).  But just for record purposes, I want to

7   make clear that I am reurging all of the grounds that we

8   argued in the omnibus motion this morning.  In other

9   words, just to be plain, everything that I argued to the

10  Court this morning on behalf of all of the defendants,

11  I'm arguing specifically on behalf of Mr. Constant.  I

12  think that was clear, but I just wanted to make sure

13  everybody understood that.

14      So, Your Honor, I will discuss the 3553(a) factors

15  in sequence and talk about why I think collectively they

16  amount to a situation where Mr. Constant should be

17  granted a downward variance from the adjusted guideline

18  range that the Court just announced.

19      First of all, I do believe that -- although the

20  Court has rejected the specific arguments about 2B1.1

21  overstating the seriousness of the offense this morning

22  as a specific basis for a downward variance, I believe

23  that when the Court considers the entirety of all of the

24  factors, one of the things that it does look at is the

25  relative culpability of this sort of fraud defendant

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 13 of 61

versus other sorts of fraud defendants.  And so the Court
will recall what I discussed about the telemarketing
fraud defendant or the Ponzi scheme defendant and where
people wind up on the bell curve of criminal culpability.
I still believe, even if this is not a basis because of
the harm to the individuals, that all by itself it
changes the guideline approach here.

I do believe that, as the Court looks at the
severity of this offense, that the guilty mind of this
defendant is different than it is in some of those other
cases, because he is not plucking money that people live
on from their bank accounts and he's not plucking food
from their tables and so forth.  And so I do think that
that's an important consideration.

And the Court, even in denying the specific motions
argued this morning, noted that as we get higher and
higher on the 2B1.1 scale, there becomes more and more
challenge to whether or not that scale truly matches the
criminal culpability.  Here, Mr. Constant is considerably
higher on that same scale than any of the defendants
previously sentenced today.  He's 6 levels higher, and
those 6 levels, at the area where Mr. Constant is, make a
huge difference.  So for the Nebraska farmers who were
sentenced earlier this afternoon, those 6 levels make a
difference to them of about 20 months.  For

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 14 of 61

1   Mr. Constant -- not for the moment considering the matter

2   that we just took up in private conference, for

3   Mr. Constant though, 6 levels produce a swing of

4   91 months.  And so I do think it is a relevant

5   consideration for Mr. Constant, the point that the -- the

6   extent to which the monetary loss here is a tail wagging

7   a dog.

8       A second thing that has not been discussed yet today

9   about the nature and circumstances of the offense that I

10  want to discuss is that the offense is actually really

11  simple, a simple thing to almost fall into, and here's

12  what I mean.  The Court could get the assumption by

13  listening to the arguments today, if not reading the

14  documents carefully, that we certify grain as being

15  organic in this country.  We don't certify grain as being

16  organic.  We certify land as being organic, and then the

17  grain that is grown on that land is sold with a

18  certification attached saying it was grown on this land

19  and the land is certified; and, therefore, buyer, you can

20  assume that this is organic grain.

21      Well, the process of pairing a shipment of grain

22  with a certification attached to a piece of land, that is

23  basically on your honor.  No one comes to inspect that.

24  That's just a matter of the grower saying here's my

25  certification and here are my carloads of grain.  Well,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 15 of 61

1    it's really easy -- and I submit that Mr. Constant is not

2    by any means the first person to think of it -- to couple

3    that certification with more carloads of grain than were

4    actually grown on that land.  That's all that happened

5    here, is that some additional carloads were claimed to

6    have come from the land that was in fact certified, so

7    that more organic grain was claimed to have come from

8    those acres than could have possibly been grown on those

9    acres.  And when Mr. Constant and others, some yet

10   unindicted, realized how simple this was, then the idea

11   grew from there.  But this is not something that was of

12   complex design and complex conception at the start.

13   Instead, it was simply a matter of using the same

14   certification twice, not once, and then it grew from

15   there.

16        Now, absolutely it's reprehensible that Mr. Constant

17   grew it in the way that he did and that it reached the

18   magnitude that it did, but it is not something where a

19   criminal mastermind drew a Rube Goldberg scheme to try to

20   cheat the markets.  It was actually much simpler and much

21   more difficult for that reason to resist than that.  By

22   the way, just record support for the idea that we certify

23   land and not grain among other places would be in

24   paragraph 9 of the presentence report.

25        So we heard earlier in other sentencings that this

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 16 of 61

1   was a crime of opportunity for the Nebraska farmers, and

2   absolutely it was.  A little less so but to some degree

3   this was also a crime of opportunity for Mr. Constant.

4        And then the other thing that I want to talk about

5   regarding the nature and circumstances of the offense is

6   that Mr. Constant was plainly the leader and the

7   organizer of this, although there is an unindicted

8   individual who goes right up alongside him in that.  And

9   Mr. Constant fully accepts the liability that comes with

10  leader and organizer, and I know that this Court in

11  sentencing other individuals pointed out that they

12  weren't the leader and organizer and that they were

13  brought into this by others.  My point here simply is

14  that Mr. Constant has received and did not object to a

15  4-level enhancement for the leader/organizer phenomenon

16  here.  And my only plea to the Court about that is, he

17  shouldn't be hit any harder than that, because, again,

18  when you are up into the 30s of the levels, a 4-level

19  swing is a lot of years.  And so, yes, he was the leader

20  and the organizer of this, but not in a way that deserves

21  a variance upward from the level of responsibility that

22  the guidelines attach to this.

23       Now I would like to talk about Mr. Constant's

24  history and characteristics.  And from the moment we sat

25  down with him in our office -- and my partner, Todd

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 17 of 61

        Lantz, is not here with me today, but he and I had the
        first meeting and worked together on this case.  The
        incongruity between everything else that you perceive
        about Randy Constant when you talk to him and get to know
        him and this offense is just shocking.  The Court in an
        earlier sentencing said that there are, theoretically at
        least, all good people and there are all bad people but
        there are very few of either -- or very few all good,
        that's for sure.  But this is a situation in which we
        have an individual with so much good, and then this
        stunning year's long blemish on all of that goodness.

            So I want to talk about because -- if there is ever
        a time to talk about the good things in somebody's life,
        it is at the sentencing for the only crime of which they
        have ever been convicted.  So first, with the simple
        stuff, his only two criminal offenses heretofore, if they
        are criminal in the state where they happen, are two
        speeding tickets.  He has no history of any kind of
        substance abuse, no history of any kind of mental
        problems, no history of any sort of violent conduct or
        anything of that sort.

            He almost instantly agreed to cooperate with the
        government's investigation in July of 2017 when he first
        retained our firm, and as such, has effectively been
        under supervision ever since then.  He's formally been

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 18 of 61

     1   under supervision since December when he pleaded guilty,

     2   but as a practical matter, the government is watching him

     3   and is going to know and care deeply if he does anything

     4   that's an illegal transgression and, of course, he's had

     5   no problems on effectively that 2 years of supervision.

     6        We've submitted a very large number of character

     7   letters in this case, and I appreciate the time that I

     8   know the Court has taken to go through with -- or go

     9   through all of them.  I appreciate the Court's patience

    10   with that process and probably our patience [sic] in not

    11   numbering them the way that the local rule calls for in

    12   this district.  But those letters are very revealing, and

    13   they tell the Court a lot of things about Mr. Constant.

    14        First, they tell the Court about Mr. Constant's

    15   unflagging and lifelong work ethic.  This is somebody who

    16   throughout his life has had the foot on the gas in terms

    17   of trying to better himself and better the people around

    18   him, and not just in order to earn money, but also to

    19   help the lives of other people around him.  More than

    20   once I think in those letters he was described as the

    21   pillar of the community in Chillicothe, Missouri, a city

    22   of about 10,000 people.  He was on the school board for

    23   seven years.  He was its president for two.  He led

    24   numerous other boards and committees.  And he was a

    25   behind-the-scenes leader in all manner of civic

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 19 of 61

development. And so things were built, things were
organized, things were paid for, and all of that was by
Randy Constant working behind the scenes.

If he is putting money into something, he is doing
it anonymously. If he is doing the work and the
leadership, he is doing so quietly. He is not trying to
take credit for these things, but he's making a
tremendous difference in his community.

He has a strong religious background. He's been a
strong member of the United Methodist Church for many,
many years. He has been a church leader in various
capacities, but I was particularly struck by all of the
youth mission trips that he led, so he would take youth
from that church to other parts of the country, to do
Habitat for Humanity housing, to go to Mississippi after
the hurricane in 2006 to try to help people rebuild.

It's also interesting that throughout those letters
he is lauded by people, who he's known since childhood in
some cases, but also by people who are much younger than
he is, people who are even younger than his own children,
all of whom find his commitment to helping people and to
trying to make their lives better. This is a person
who -- for various people, he's enabled them to have an
automobile because he bought one for them; or a new unwed
mother, who comes into town and doesn't know how to buy a

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 20 of 61

1    car because she's never done that before, and so he takes

2    her out and he does that with her, educates her about the

3    process, makes sure that she doesn't get ripped off; or

4    he just loans his own car to somebody for weeks on end.

5        He doesn't just help people move, he gets the truck

6    to help them move and then he gives them furniture of his

7    own to put into their residence.  He funded travel for

8    people who were in need.  There's an entire family of

9    people that the Court read about where the mother had to

10    go to San Diego because that was one of two places in the

11    country, as I recall, where she could have the open-heart

12    surgery that would remove life-threatening blood clots

13    from her lungs, and he arranged for the family to be able

14    to travel to be able to be with her throughout that

15    entire ordeal.

16        He was in Chillicothe for years and years the Secret

17    Santa for more than a hundred people, most of them people

18    of more limited means, and especially public servants,

19    people who would find the Secret Santa package on their

20    doorstep in the days leading up to Christmas.  And for

21    years they didn't know who that was because he wanted

22    truly to make Secret Santa secret, but he was the one who

23    tried to make the holidays a little bit brighter for

24    those people.

25        The Court read about a teenager who is facing

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 21 of 61

leukemia and has to go to Children's Hospital to receive
very high doses of leukemia [sic] and she doesn't have a
cell phone to be able to communicate with her peers at an
age where that's just how kids do it nowadays.  Randy
Constant shows up on the second day of her
hospitalization in the room with a cell phone that he's
obtained for her and that he pays for so that she's able
to do that.

More recently, when he lost absolutely everything as
a result of this episode and he's working in Florida
after the recent hurricanes to help people clear out
their debris and so forth, you heard that after working
hours were done, in the evening he would work unpaid to
help people clear debris out of their yards, uprooting
trees and things like that, and making sure that the
older folks aren't -- you know, "the older folks"; he's
60 -- but he's making sure that the older folks there
aren't taking unnecessary risks with saws or equipment
and so forth, and so he's out there doing it himself.

This is a man who -- in big applications like the
school board and in little applications like the leukemia
patient with the cell phone, he has touched many, many,
many lives.  That city of 10,000 people looks and feels
different and better because Randy Constant has been
living in it for all of these years.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 22 of 61

 1        Today is the 39th wedding anniversary for Randy and

 2    his wife, Pam.  And she and all of these family members,

 3    knowing all of the warts, have stood behind him, and

 4    they're here supporting him here today.  And she said in

 5    her letter, "You expect bad people to do bad things.

 6    This is a good person who did a bad thing."  And that is

 7    the trying contradiction in this case.

 8        I've represented many, many, many people who have

 9    been accused of doing heinous things.  And long, long ago

10    I prosecuted a whole lot of them.  I struggle to find a

11    greater contradiction in a human being than the

12    contradiction that I find here.  Without betraying

13    attorney-client confidences, it's usually the case that

14    when we have a client who is facing something in the

15    guidelines up into the teens or the 20s or for sure the

16    30s, that there are other character flaws; there are

17    other things that led them to where they are.

18    Mr. Constant is just a real puzzle, a -- that's what I

19    have to say.  He's a puzzle.  But if there's ever a day

20    where he gets credit for all of those things that are

21    described in those 98 pages of letters, today is the day

22    that he gets credit for that.

23        The Court, of course, needs to consider things that

24    are publicly meaningful about this sentence, and so the

25    sentence has to reflect the seriousness of the offense,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 23 of 61

```
1   promote respect for the law, and provide just punishment,

2   and I know that the Court is going to do that.

3       The Court needs to know that Randy's life, as he

4   knows it and as this family knows it, has entirely

5   collapsed.  The Court can see that his net worth is

6   negative by about a million dollars.  He has not filed

7   for bankruptcy.  He's sought advice about that at our

8   recommendation and has been told bankruptcy is pointless.

9   It wouldn't accomplish him anything.

10      And indeed, he's going to be saddled with a

11  forfeiture judgment that will absolutely be impossible to

12  pay.  We can look at these farmers who are in their 40s

13  and they're going through bankruptcy and they're saddled

14  with a million dollar forfeiture judgment, and that is

15  daunting.  And maybe they find their way out, maybe they

16  don't find their way out, but for them there is hope.

17  There is no hope that a 60-year-old man pays a

18  nine-figure forfeiture judgment, and so that he will

19  carry with him to his grave.

20      He is out of farming for good.  Again, the other

21  defendants sentenced here today are I think out of the

22  organic business, but they're not sure what's going to

23  happen with their ability to get crop insurance and those

24  sorts of things.  But in the plea agreement, Mr. Constant

25  has sworn off all of that, and so he's not eligible for
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 24 of 61

 1   any federal farm programs whatsoever, and so he is out of

 2   the farming industry.  He has to reinvent himself at age

 3   60.

 4       And he has to now walk around in Chillicothe where

 5   he and Pam live in a very small apartment -- and Pam has

 6   gone back to teaching, no longer retired.  He has to walk

 7   around where he was the pillar of the community and be

 8   who he is today--a convicted felon and the person who has

 9   brought not just shame on himself and shame on the

10   family, but this has gotten enough media attention, it

11   kind of brings some shame to Chillicothe, Missouri, and

12   he has to live with all of that.

13       I know that those are not reasons to say that you

14   get, as the Court put it in a different context, a

15   get-out-of-jail-free card, but it is a reason to keep in

16   mind that there are many powerful ways in which

17   Mr. Constant is being punished here.  We understand that

18   for general deterrence that the Court needs to impose a

19   prison sentence.  And after the emotional presentation

20   that Tom Brennan and his lawyer made today, if that's

21   true for Tom Brennan, it's absolutely true for Randy

22   Constant.  And we get that, and indeed we've never for a

23   minute believed that Mr. Constant was going to avoid

24   prison.  But we do believe that a prison sentence does

25   not need to be in the stratosphere in order to get the

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 25 of 61

 1    public's attention in order to make people understand

 2    that complying with organic rules and regulations is

 3    important.

 4         What I don't think the sentence needs to do is

 5    anything in order to prevent future crime by this

 6    defendant.  There has been, we believe, a 180-degree

 7    change in whatever that portion of his psyche was that

 8    allowed him to use the land certification twice and then

 9    a third time and see how it is and keep going.  He's

10    responded to this admirably, we believe, by immediately

11    coming to the assistance of law enforcement and bearing

12    his soul.  And we know that he is going to go to prison,

13    and that is going to be a shock to his system.  And at

14    60 years old, he's not -- no matter what the Court does,

15    even if it grants my best wish, he's not going to come

16    out of prison a young man, and prison is not going to be

17    easy for somebody at his age.

18         The Court needs to think about rehabilitation, but I

19    would say that Mr. Constant has spent two years working

20    very hard at already trying to rehabilitate himself.

21    He's dismantled and liquidated his business interests in

22    all forms.  He sold his house and almost everything else

23    of value.  He's now working in arduous but relatively

24    simple industries, both damage cleanup and, you know,

25    heavy equipment operator, and then he's learned how to

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 26 of 61

1   install electric motors, and travels around to do that

2   sort of work.

3        But the other thing that he has done that indicates

4   that he's on the road to rehabilitation is that he has

5   apologized and accepted what he did to a wide number of

6   people.  And that is demonstrated by what the people say

7   in the support letters, which is that he's told them

8   everything, that he doesn't hold back, that he doesn't

9   minimize, that he does not make excuses.  And, Your

10  Honor, that doesn't come easily.  The Court has handled

11  enough criminal sentencings as a prosecutor and a judge

12  to know there aren't very many people who are willing to

13  go even talk to as many people as Mr. Constant talked to

14  to say "I'm in trouble.  I did this bad thing.  Could you

15  write me a letter," because if you are going to ask for

16  the letter, you have to tell what you did in the first

17  place, and that's a really hard thing for most people to

18  do.  It's a hard thing for most clients, in my

19  experience, to do.  We have another client, we're trying

20  to get him to do it.  We got two letters so far, and he's

21  been working on it for three months.  That's a big step

22  in the forward motion of somebody towards trying to

23  rehabilitate themselves, and Mr. Constant is going to

24  talk directly to the Court about it.

25       The last thing that the Court needs to do is

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 27 of 61

```
 1    consider disparity between this sentence and other
 2    similarly situated individuals.  I do think -- and we
 3    didn't mine the data to show the prevalence of downward
 4    variances when you get into the upper ranges of 2B1.1.
 5    And those downward variances are not all explained by
 6    disagreement with the guidelines.  A lot of them are
 7    explained by the fact that the crime was committed by
 8    somebody like Mr. Constant who had fine character and so
 9    forth.  But it is I think very common in the data that
10    there are sentences that vary meaningfully lower from
11    what the guidelines would suggest when you get up into
12    the 30's like Mr. Constant is.
13        But I also think as a reference point the Court can
14    consider what happened with the other defendants.  And I
15    know Tom Brennan is a different situation because of the
16    military service departure there and his even more
17    advanced age, and we understand that.  But in looking at
18    the other two defendants, I think that the Court needs to
19    do something that is reasonably in proportion with them.
20    And I do not think that something that is a substantial
21    multiple of what happened to Mr. Potter and Mr. James
22    Brennan is something that is reasonably in proportion.
23    They are still worth -- or guilty of multimillion dollar
24    offenses.
25        And so my suggestion, my recommendation -- and I'm
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 28 of 61

 1  trying to be realistic.  I'm trying not to ask for the

 2  moon here, and I'm also not trying -- what I am also

 3  trying to do is I'm trying to listen to what the Court

 4  did earlier today and listen to its -- the grounds that

 5  the Court used and try to come up with what I think would

 6  be a reasonable and proportional sentence.  And this

 7  is maybe one of the, you know, for a white-collar case,

 8  one of the larger asks that I've ever made.  But I would

 9  suggest that the rational and proportional sentence,

10  considering everything that we have discussed, would be a

11  48-month sentence to the Bureau of Prisons.  Randy has

12  always known that he's going to go to prison, but he

13  doesn't need to go longer than is necessary.  I think

14  that that would accomplish all of the goals that this

15  Court is wrestling with.  Thank you.

16          THE COURT:  Thank you, Mr. Weinhardt.

17      Mr. Schunk.

18          MR. SCHUNK:  Thank you, Your Honor.  After

19  having sat here today and listened to the other

20  sentencings and the omnibus hearing and having lived with

21  this case for a couple years now, it is a stunning thing

22  to sit next to Mr. Constant thinking about exactly what

23  this case is, and that is, the largest known organic

24  fraud case in the history of this country.  There are no

25  similarly situated defendants, Your Honor.  Mr. Constant,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 29 of 61

```
1   as a result of what he did here -- and it wasn't in any
2   stretch of the imagination one choice, but it was
3   hundreds and thousands of choices, over and over and
4   over, from 2010 to 2017 at least.  These thousands of
5   times he defrauded consumers.  They did not get what they
6   wanted.
7        And I don't want to be redundant with what we talked
8   about this morning, but, Your Honor, the magnitude of
9   this is immense.  Even at two times, we're talking about
10  a quarter of a billion dollars of money spent by
11  Americans buying stuff they didn't want.  And all of
12  that, not 3 million of it or 5 million of it, like the
13  Nebraska farmers, but all of that $127 million is due to
14  this defendant.  This is an extraordinary -- an
15  extraordinary case, Your Honor.  There are no other
16  similarly situated defendants.  And the magnitude of
17  this, the complete disregard given to these people who
18  are making these buying decisions over and over and over,
19  for Mr. Constant's selfish needs and financial
20  motivations, Your Honor, a sentence within the guideline
21  range, even at the middle or at the high end of the
22  range, is what's warranted based upon this defendant,
23  what he did, and his specific personal characteristics.
24       Again, I will reiterate -- I will not reiterate
25  everything we talked about this morning in the omnibus
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 30 of 61

1    hearing.  I do want to make a few points though.  There

2    was this comparison of sorts drawn between Mr. Constant

3    and the Nebraska farmers.  We recognize that Mr. Constant

4    did receive an additional 4 levels as a result of being a

5    leader.  Respectfully, Your Honor, even that 4 levels

6    doesn't fully capture though what was occurring.

7         And this idea of Mr. Constant "falling" into this

8    offense, it just doesn't work.  Certainly he saw

9    something to exploit.  But what you don't fall into is

10   finding other people with absolutely no criminal

11   histories to speak of and getting them to come join you

12   in this massive over-a-hundred-million-dollar criminal

13   enterprise.  The 4 levels doesn't account for that.  It

14   doesn't account for the fact that he enticed these folks

15   and he eventually led these folks to engage in this crime

16   with him, all of which resulting, again, in thousands and

17   thousands and thousands of purchases, of people buying

18   stuff they don't want and contributing to industries to

19   which they do not want to contribute.  He did not fall

20   into this, Your Honor.  He saw a weakness, he exploited

21   it, and then he got others to exploit it with him.

22   Because on his own, he could have made money.  He had his

23   fields in Missouri, and it could have stopped there.  But

24   it wasn't enough for Mr. Constant because he wanted to

25   make more money, so he goes and finds guys like Tom

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 31 of 61

1    Brennan and he gets them to join him.

2        The 4 levels does not account for the damage he's

3    caused or the depravity of his conduct.  This idea

4    that -- the organic certification process, it's the land

5    in the process of getting the grain to the store.  Now,

6    sure, it's certified organic land, but the idea that

7    that's on your honor and that -- I'm not going to

8    characterize the regulatory system.  Certainly though,

9    there's a sense of trust placed in these folks who are

10   part of the system to do the right thing.  And what we

11   know is that Mr. Constant violated that trust.  It's not

12   the regulator's fault.  It's not the fact that it was

13   easy to do.  People follow the rules all the time.

14   Mr. Constant saw a weakness that he perceived and he

15   exploited it over and over again, and he convinced other

16   people to do it as well.

17       Now, the fact though is that Mr. Constant was able

18   to exploit this.  And in counsel's words, he was able to

19   do it because the system largely relies on your honor, of

20   which it appears in these regards that Mr. Constant has

21   little.  But the point of that is, when we talk about

22   deterrence, it's -- in all likelihood, Mr. Constant is

23   not going to do this again.  We recognize that.  But

24   because of the trust placed in people in this industry,

25   there absolutely has to be deterrence.  And we've been

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 32 of 61

 1   talking about this all day, but it is so undeniably true

 2   when you have someone like Mr. Constant, who has the

 3   means -- and I mean that both financially, and

 4   intellectually, and capacity-wise -- to persuade people

 5   to do what he wants them to do, to convince people to do

 6   what he wants them to do, the business savvy to make it

 7   work and to make it grow.  And a system like that, that's

 8   based in part on your honor, when that trust is violated,

 9   the punishment has to be severe and it has to be

10   significant, and certainly no variance is warranted.

11        In regards to the support letters and these types of

12   things, Your Honor, I would note there is restitution.  I

13   don't think the United States has received a dollar of

14   that yet.  I'm certainly not aware of any payment toward

15   that judgment.  I would also note, and I won't reiterate

16   anything from this morning, but we did move into evidence

17   various exhibits, including stipulations -- I understand

18   the Court has read them -- also relevant to today's

19   proceeding.

20        At the end of the day, Your Honor, I'll come back to

21   where I started, there is no one like Mr. Constant of

22   which we are aware.  He exploited a hole in the system

23   that he perceived, and due to greed, he caused others to

24   do it with him, resulting in, in all likelihood, perhaps

25   as much as a quarter of a billion dollars or more in

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 33 of 61

```
 1   people buying stuff they didn't need in an industry to

 2   which they did not want to contribute.  There should be

 3   no variance.  The Court should instead sentence

 4   Mr. Constant to a sentence within or even at the top of

 5   the advisory guideline range.

 6         Thank you, Your Honor.

 7            THE COURT:  Thank you, Mr. Schunk.

 8        Mr. Constant, this is the time in the hearing where

 9   you have an opportunity to speak to me directly, to tell

10   me anything you'd like me to take into account in

11   determining your sentence.  You don't have to say

12   anything; and if you don't want to say anything, I won't

13   hold that against you in any way.  But if there is

14   anything you'd like to say, now is the time to do so.  Is

15   there anything you'd like to say, sir?

16            THE DEFENDANT:  Yes, Your Honor.

17            THE COURT:  You may.

18            THE DEFENDANT:  Do I stand or sit?

19            THE COURT:  Whatever you are most comfortable

20   with, sir.

21            THE DEFENDANT:  I'll stand, please.

22            THE COURT:  Very good.

23            THE DEFENDANT:  Your Honor, I appear in front

24   of you today to take full responsibility and accept

25   punishment for the crime I committed.  Not a day has gone
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 34 of 61

1  by when I do not regret my crime, and I seriously

2  apologize to the Court for breaking the law.

3      I want to apologize to the many people that I have

4  hurt through this course of conduct.  That includes the

5  people that trusted my products were organic when they

6  were not, whether they're grain merchants, farmers and

7  ranchers, or consumers of organic products.  The organic

8  system in this country is built on trust, and I violated

9  that trust.

10     In my life, I wanted to positively impact the world

11 by my actions, and in doing so, I've built businesses in

12 grain and in the fish industries.  Dedicated people have

13 trusted me, worked in these businesses, and committed

14 themselves to their success.  I've left many of them

15 without jobs; and in the grain business, I have left some

16 of them in trouble with the law.  I owe an enormous

17 apology to all of them.

18     I want to apologize also to my wife, my treasured

19 children, other cherished family members, my dear

20 friends, for the extreme pain and difficulty I've created

21 and caused, and certainly for the trust that has been

22 fractured as a result of my actions.  Despite what has

23 taken a lifetime to build, I recognize now the extreme

24 challenges I face to mend and rebuild the trust and the

25 love of these people.  I am forever grateful for those

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 35 of 61

family members and friends who, among other generous
things, have had candid conversations with me after they
learned of my crime, have been so supportive of us, and
written character reference letters to you, Your Honor,
on my behalf.

Again, not a day or sometimes even an hour has
passed where I have not felt remorse for my crime.  I am
grateful for the love and support of my family and
friends, which humble me.  Fueled now by my desire to
rebuild trust with others and seek positive lawful
change, I want to work diligently, to participate fully
in rekindling my relationships, and to focus on my
rehabilitation.  Vocationally, not much has come easily;
nevertheless, I obtained and am employed with a
commercial driver's license.  I've performed hurricane
cleanup in Florida and Alabama.  I've built greenhouse
structures and traveled almost coast to coast installing
refrigeration motors in eight different states.

Personally, I am focused on my family and friends,
interactions, and simplifying my living arrangements.
While my future is uncertain, I will do my best to
navigate the unknown.

Whether in -- or when out of any prison institution,
I plan to bring focus and discipline to my own
development, as well as emphasize the quality and

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 36 of 61

1   quantity.

2       I have contributions I can make to enhance the lives

3   of others.  I strive to be a learner and a helper.  In

4   prison, I'll have opportunities in programs where I can

5   volunteer my talents to help other inmates.  In fact,

6   they used to have an inmate-operated business inside the

7   correctional facilities in Canyon City, Colorado, and

8   Forest City, Arkansas.  My motivation was to provide the

9   opportunity to build new skill sets and work ethics for

10  those involved.  Ironically, I now will be an inmate

11  myself.  My mot -- my motivation is the same for myself

12  and others.  I need to work on my own rehabilitation as

13  well.  I plan to take advantage of any educational and

14  vocational programs that will prepare me for my future in

15  or out of prison.  I have short-term and long-term action

16  plans to develop and enhance my nonagricultural industry

17  skills, not for -- or not only for a job but a legit

18  transparent business.  I will do my best to rebuild my

19  skill set and my mental health with positivity, and hope

20  to make others and me proud once again of how and where I

21  can contribute.  I recognize, Your Honor, that my future

22  is not only in your hands, but it is very importantly in

23  mine.  Thank you most respectfully for the opportunity to

24  make this statement.

25          THE COURT:  Thank you, Mr. Constant.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 37 of 61

1    In arriving at a sentence that is sufficient but not

2  greater than necessary to achieve the goals of

3  sentencing, I have considered all the factors set forth

4  at Title 18 United States Code Section 3553(a). Even if

5  I don't mention each of those factors in my comments here

6  today, I have considered them.

7    Turning first to the nature and circumstances of the

8  offense in this case, which has been discussed at some

9  length already, this is a massive fraud that was -- that

10  was perpetrated on the consumer over a long period of

11  time involving thousands of victims that has caused

12  incalculable damage to the confidence that the American

13  public has in organic products. It has -- while I

14  recognize the Court doesn't have evidence from testimony

15  of other competitors who can demonstrate that they

16  somehow lost out, commonsense and simple logic tells me

17  that by cheating and stealing and lying and selling

18  products for less than the market value, even for organic

19  goods, it drove out of the market and hurt other

20  competitors as well. And so there are so many ripple

21  effects of the harm that arose from this crime that a

22  dollar value simply cannot be placed on it.

23    The defendant's particular role in this is

24  aggravating. He did have a 4-level enhancement for a

25  role in the offense for being an organizer and leader.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 38 of 61

```
1   Generally, I think that accounts and is sufficient to
2   reflect his leadership role.  What is more important to
3   me in some ways is -- and I don't know that it's
4   reflected in the 4-level enhancement -- is the collateral
5   damage that was done by people that he brought in and
6   lured into the scheme with him.  I was -- I noted that
7   the defendant recognized in his allocution the harm he
8   caused to some of these other farmers that he brought
9   into the scheme, who -- some of whom I sentenced today to
10  prison, who otherwise were law-abiding citizens.  And
11  because of the defendant's conduct, they are now going to
12  go to prison.  The collateral damage that occurs when
13  somebody commits a crime has such a ripple effect
14  generally, but in this particular case it's significant.
15      Looking at the defendant's history and
16  characteristics, there are a number of things that
17  certainly on the surface look to be mitigating.  In some
18  ways though, I find Randy Constant to be somewhat like
19  the organic grain; that is, that he's not what is
20  advertised.  On the surface, certainly reflected in these
21  many letters, he was the paragon of virtue in the
22  community, supporting people, donating money, doing
23  positive things for people.  Below the surface, he was
24  lying and cheating to achieve those goals.  I'm not
25  terribly moved at all by the financial charity reflected
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 39 of 61

```
 1    in the defendant's past.  It is easy to be charitable
 2    with somebody else's money.  Defense counsel acknowledged
 3    that in the sentencing brief.  And I did read every
 4    single one of the 98 pages of letters of support.  One
 5    that I'd note indicated, "I now wonder about all the
 6    generous anonymous acts of kindness I have heard about
 7    over the last decade in town and wonder how many were due
 8    to Randy Constant and his stolen money.  Trying to find a
 9    silver lining, I can say at least he wasn't selfish with
10    the money."  But he was.
11        If you look at the stipulation that was filed with
12    the Court today, or yesterday, at 37-1, it lays out some
13    of the selfishness with which the defendant engaged with
14    the ill-gotten gains at the expense of the American
15    public.  He paid salaries to family and friends.  He took
16    family and friends on trips, vacations, that he paid for
17    with other people's money.  He took regular trips to
18    Las Vegas.  And I -- I appreciate Mr. Schunk's discretion
19    in talking about the details reflected in this, and I'm
20    going to exercise the same discretion, but the details
21    reflected in the defendant's expenditures with some of
22    the ill-gotten gains shows a person very different than
23    the person he held himself out to be to the community and
24    the person that so many of these people believe even to
25    this day that he is.
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 40 of 61

         1          On the other hand, I did note in reading these

         2     letters of support that the defendant did more than

         3     simply spend the money that he got illegally.  Repeatedly

         4     throughout these letters it reflects that he also donated

         5     significant amounts of his own time and effort and labor,

         6     and there is a real reflection of charitable efforts on

         7     his part that is not him simply taking the illegal money

         8     and spending it and looking like the good guy, but also

         9     reflecting that, in fact, he did do good acts that had

        10     nothing to do with the money and that he devoted his own

        11     hours and time and effort and thoughtfulness in helping

        12     other people, and that's also reflected in these many

        13     pages, letters of support.

        14          I said this morning in connection -- or this

        15     afternoon I guess, in connection with another sentencing

        16     hearing that few people are all good or all bad, and I've

        17     known more of the latter and I don't know that I have

        18     ever met anybody in the former.  Most people have both

        19     good and bad aspects to them.  We all have faults.  And

        20     so I recognize the fallibility of human nature and that

        21     everybody can fall from grace and commit crimes that are

        22     somewhat out of character for the individual, and I have

        23     to take that into account as well in trying to determine

        24     the degree of moral and criminal culpability that should

        25     be reflected in a sentence that I will have to impose in

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 41 of 61

1  this case.

2      It is also important that I take into account all of

3  the goals of sentencing in arriving at a sentence that is

4  sufficient but not greater than necessary to achieve

5  those goals.  General deterrence is an important factor

6  here.  I agree with Mr. Weinhardt, I am not concerned

7  about specific deterrence.  Both the -- Mr. Constant's

8  age and his reaction when confronted by law enforcement

9  about this conduct all suggest to me that we have little

10  to fear of Mr. Constant committing similar crime in the

11  future.

12      There is significant support in the literature,

13  however, that significant sentences and severe sentences

14  are important for purposes of general deterrence.

15  Exactly how severe is completely up to debate, of course,

16  and that's something that we can all disagree on but I

17  have to ultimately reach a conclusion on.

18      It also is important that the sentence reflect the

19  seriousness of this offense, and this is a very serious

20  offense.  I recognize in this case that there are

21  mitigating factors.  I think there is sincere remorse by

22  the defendant in this case.  I think that he is a true

23  criminal history category I, and that he has no prior

24  criminal convictions.  He has no drug use, no violence,

25  and so forth, so there's no aggravating factors in his

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR    Document 46    Filed 01/31/20    Page 42 of 61

background.  But when I am trying to determine if there
are sufficient mitigating factors here to call for a
downward variance against the aggravating factors that --
the collateral damage that has occurred in this case, I
ultimately conclude that a downward variance is not
appropriate in this case.

And so having considered all the factors at Title 18
United States Code Section 3553(a), I find a sentence
within the advisory guideline range is appropriate.  I do
find that the mitigating factors that have been argued by
defense counsel, both in the brief and in argument here
today, though warrant a sentence at the bottom of that
adjusted advisory guideline range, and so I'm not going
to follow the government's recommendation that I impose a
sentence at the middle or at the top of that range.

And so, Mr. Constant, it is the judgment of this
Court that you are hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a term of
122 months.  It is recommended that you be designated to
a Bureau of Prisons facility in close proximity to your
family, which is commensurate with your security and
custody classification needs.

Upon release from imprisonment, you will be placed
on supervised release for a term of 3 years.  While on
supervised release, you must comply with the following

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 43 of 61

1  mandatory conditions:  You must not commit another

2  federal, state, or local crime; you must not unlawfully

3  possess a controlled substance; you must refrain from any

4  unlawful use of a controlled substance; and you must

5  cooperate in the collection of a DNA sample as directed

6  by your probation officer.

7       I hereby suspend the mandatory drug testing

8  condition, finding that you pose a low risk of future

9  controlled substance abuse.  In addition, you must comply

10  with the standard conditions of supervision, which will

11  be set out in my judgment order, and with all the special

12  conditions set forth at paragraphs 96 through 100 of the

13  presentence report.

14       It is ordered that you pay to the United States a

15  special assessment of $100, which will be due

16  immediately.  I note that the $100 special assessment was

17  paid on December 20, 2018, and the judgment will so

18  reflect.

19       You must forfeit to the United States all property

20  set forth in the preliminary order of forfeiture filed on

21  June 24, 2019, at document number 27.  I find you do not

22  have the ability to pay a fine, and so no fine will be

23  imposed.

24       It is ordered that you make restitution in the

25  amount of $205,604, payable to the United States

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 44 of 61

Department of Agriculture.  Payment must be made to the United States Clerk of Court for the Northern District of Iowa for distribution to the victim in this case.  If any of your court-ordered financial obligations are still owed while you are incarcerated, you must make monthly payments in accordance with the Bureau of Prisons Financial Responsibility Program.  The amount of the monthly payments will not exceed 50 percent of the funds available to you through institution or noninstitution resources and will be at least $25 per quarter.  If you still owe any portion of the financial obligations at the time of release from imprisonment, you must pay it as a condition of supervision, and the United States Probation Office will pursue collection of the amount due pursuant to a payment schedule approved by the Court.

You must notify the United States Attorney for the Northern District of Iowa within 30 days of any change in your mailing or residence address that occurs while any portion of the financial obligations remain unpaid.  I find you do not have the ability to pay any interest and will waive any interest requirement in this case.

Mr. Schunk, there are no counts to be dismissed; is that correct?

MR. SCHUNK:  That's correct, Your Honor.

THE COURT:  What is the government's position

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 45 of 61

1  regarding detention of the defendant?

2          MR. SCHUNK:  We do not request detention.

3          THE COURT:  Mr. Constant, let me talk to you

4  about your options in this case.  You have three options.

5  One is to surrender at this time into custody, and if you

6  do that, then your time starts counting today.  The

7  second option is that you can surrender to a -- to the US

8  Marshals in the Western District of Missouri at a time

9  and date that I designate.  They will then be responsible

10  for transporting you to the location designated by the

11  Bureau of Prisons for you to serve your sentence.  The

12  third option is that you can self-surrender to the Bureau

13  of Prisons facility as designated by the Bureau of

14  Prisons as notified by the United States Marshal.

15    Mr. Weinhardt, have you had an opportunity to speak

16  with your client concerning his request in that regard?

17          MR. WEINHARDT:  I have, Your Honor.  And he

18  elects the third option.

19          THE COURT:  Very good.  So, Mr. Constant, I

20  will give you the privilege of self-surrender.  You must

21  surrender for service of sentence at the institution

22  designated by the Bureau of Prisons as notified by the

23  United States Marshal.  You must keep the United States

24  Marshal informed of your current address and phone number

25  until you have reported to the Bureau of Prisons to serve

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 46 of 61

1   your sentence.  Your failure to report as directed may

2   subject you to additional criminal charges.  You will

3   remain on release under the supervision of the United

4   States Probation Office under the same terms and

5   conditions previously imposed until you have reported to

6   the Bureau of Prisons to serve your sentence.

7        Mr. Schunk, before I advise Mr. Constant of his

8   rights to appeal, is there anything else on behalf of the

9   United States?

10          MR. SCHUNK:  We have the same question, Your

11   Honor, regarding in the event if there were an error in

12   the guideline calculation, whether the Court would impose

13   the same sentence, Your Honor.

14          THE COURT:  Thank you, Mr. Schunk.  And the

15   answer to that is yes.  Considering all the factors at

16   Title 18 United States Code Section 3553(a), even if I

17   have erred in the calculation of the guidelines in this

18   case, I find that a sentence of 122 months to be

19   appropriate in this case.

20        Officer Myhlhousen?

21          PROBATION OFFICER:  No, Your Honor.

22          THE COURT:  Mr. Weinhardt?

23          MR. WEINHARDT:  No, Your Honor.

24          THE COURT:  All right.  Mr. Constant, let me

25   talk to you about your rights to appeal, sir.  If you

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 47 of 61

1 disagree with the sentence I've just imposed, you have

2 the right to appeal that sentence to a higher court --

3 I'm sorry, I don't remember the plea agreement in this

4 case.

5 Mr. Schunk, is there an appeal waiver in this

6 particular case? I'm thinking there's not.

7 MR. SCHUNK: I'm actually thinking that there

8 may be, Your Honor.

9 THE COURT: All right.

10 MR. SCHUNK: I do not see one, Your Honor.

11 THE COURT: All right. I was thinking there

12 was not one in this case.

13 So, Mr. Constant, if you disagree with my sentence,

14 you have the right to appeal that sentence to a higher

15 court. That court is called the Eighth Circuit Court of

16 Appeals. To appeal to that court, you would have to file

17 a written notice of appeal with the Clerk of Court for

18 the Northern District of Iowa here in Cedar Rapids, Iowa,

19 within the next 14 days. If you fail to file a written

20 notice of appeal with the clerk in the next 14 days, you

21 give up forever your right to appeal the sentence I've

22 just imposed. If you would like to appeal and you cannot

23 afford the services of an attorney to do so, then I would

24 appoint an attorney to represent you on appeal at no

25 expense to you. Do you understand your rights to appeal,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 48 of 61

1  sir.

2          THE DEFENDANT:  Yes, sir, I do.

3          THE COURT:  Do you have any questions about

4  anything we've done here today, sir?

5          THE DEFENDANT:  No, sir.

6          THE COURT:  Good luck to you, Mr. Constant.

7      Mr. Weinhardt, anything further on behalf of

8  Mr. Constant?

9          MR. WEINHARDT:  Nothing further for

10 Mr. Constant, Your Honor.

11         THE COURT:  Thank you.  Mr. Schunk.

12         MR. SCHUNK:  Nothing from the United States,

13 Your Honor.

14         THE COURT:  Thank you.  That concludes the

15 hearing.

16     (Proceedings concluded at 5:22 p.m.)

17

18

19

20

21

22

23

24

25

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 49 of 61

```
1                    C E R T I F I C A T E

2          I, Patrice A. Murray, a Certified Shorthand
   Reporter of the State of Iowa, do hereby certify that at
3  the time and place heretofore indicated, a hearing was
   held before the Honorable C.J. Williams; that I reported
4  in shorthand the proceedings of said hearing, reduced the
   same to print to the best of my ability by means of
5  computer-assisted transcription under my direction and
   supervision, and that the foregoing transcript is a true
6  record of all proceedings had on the taking of said
   hearing at the above time and place.
7
           I further certify that I am not related to or
8  employed by any of the parties to this action, and
   further, that I am not a relative or employee of any
9  attorney or counsel employed by the parties hereto or
   financially interested in the action.
10
        IN WITNESS WHEREOF, I have set my hand this 30th day
11 of January, 2020.

12
                   /s/ Patrice A. Murray
13                 Patrice A. Murray, CSR, RPR, RMR, FCRR
                   United States District Court, NDIA
14                 111 Seventh Avenue S.E., Box 4
                   Cedar Rapids, Iowa 52401-2101
15

16

17

18

19

20

21

22

23

24

25
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 50 of 61

## $

**$10** [1] - 10:12
**$100** [3] - 2:22, 44:15, 44:16
**$125** [2] - 10:5, 10:12
**$127** [1] - 30:13
**$205,604** [2] - 12:6, 44:25
**$25** [1] - 45:10
**$838,835** [1] - 2:21

## /

**/s** [1] - 50:12

## 1

**1** [3] - 1:10, 2:13, 2:20
**1-level** [1] - 5:24
**1/10/20** [1] - 1:21
**1/30/20** [1] - 1:21
**10,000** [2] - 19:22, 22:23
**100** [1] - 44:12
**11** [1] - 5:6
**111** [4] - 1:10, 1:17, 1:24, 50:14
**122** [3] - 11:18, 43:19, 47:18
**1343** [1] - 2:15
**13l** [1] - 12:10
**14** [2] - 48:19, 48:20
**14l** [1] - 12:11
**153** [1] - 11:18
**16th** [1] - 1:17
**18** [5] - 2:14, 13:6, 38:4, 43:7, 47:16
**18-CR-2034** [2] - 1:5, 2:4
**180-degree** [1] - 26:6
**188** [1] - 6:8
**1B1.1** [4] - 7:6, 7:10, 10:3, 10:25

## 2

**2** [1] - 19:5
**2-level** [3] - 5:10, 5:12, 5:20
**20** [4] - 2:12, 2:16, 14:25, 44:17
**2006** [1] - 20:16
**2010** [1] - 30:4
**2017** [2] - 18:23, 30:4
**2018** [2] - 2:12, 44:17
**2019** [2] - 1:17, 44:21
**2020** [1] - 50:11
**20s** [1] - 23:15
**21(C** [1] - 7:13
**235** [1] - 6:9
**24** [1] - 44:21
**24-level** [1] - 5:8
**25** [1] - 5:8
**26** [1] - 5:10

## 2600

**2600** [1] - 1:13
**27** [2] - 5:11, 44:21
**28** [2] - 2:11, 5:13
**286-2338** [1] - 1:25
**2B1.1** [4] - 7:13, 13:20, 14:17, 28:4

## 3

**3** [3] - 2:19, 30:12, 43:24
**3(F)(v** [2] - 8:6, 9:14
**3(F)(v)** [1] - 8:9
**3-level** [1] - 6:3
**30** [2] - 5:15, 45:17
**30's** [1] - 28:12
**30s** [2] - 17:18, 23:16
**30th** [1] - 50:10
**31** [1] - 6:14
**319** [1] - 1:25
**32** [1] - 6:16
**33** [1] - 6:17
**34** [1] - 6:18
**35** [1] - 6:20
**3553(a** [4] - 11:2, 13:14, 43:8, 47:16
**3553(a)** [2] - 13:6, 38:4
**36** [3] - 6:4, 6:7, 6:21
**37-1** [1] - 40:12
**39** [1] - 5:18
**39th** [1] - 23:1
**3:58** [1] - 1:18
**3B1.1(a** [1] - 5:14
**3E1.1(a)** [1] - 5:21
**3E1.1(b** [1] - 5:25

## 4

**4** [6] - 1:24, 31:4, 31:5, 31:13, 32:2, 50:14
**4-level** [5] - 5:14, 17:15, 17:18, 38:24, 39:4
**40s** [1] - 24:12
**450** [1] - 1:13
**48-month** [1] - 29:11

## 5

**5** [2] - 2:21, 30:12
**50** [1] - 45:8
**50312** [1] - 1:13
**52401** [1] - 1:11
**52401-2101** [2] - 1:24, 50:14
**5:22** [1] - 49:16

## 6

**6** [4] - 14:21, 14:22, 14:24, 15:3
**60** [3] - 22:17, 25:3, 26:14

## 60-year-old

**60-year-old** [1] - 24:17

## 7

**7** [1] - 5:8

## 9

**9** [1] - 16:24
**91** [1] - 15:4
**96** [1] - 44:12
**98** [3] - 6:17, 23:21, 40:4

## A

**abiding** [1] - 39:10
**ability** [5] - 4:12, 24:23, 44:22, 45:20, 50:4
**able** [6] - 4:13, 4:23, 21:13, 21:14, 22:3, 22:7, 32:17, 32:18
**absolutely** [7] - 16:16, 17:2, 22:9, 24:11, 25:21, 31:10, 32:25
**abuse** [2] - 18:19, 44:9
**accept** [1] - 34:24
**acceptance** [2] - 5:21, 6:3
**accepted** [1] - 27:5
**accepts** [1] - 17:9
**accomplish** [2] - 24:9, 29:14
**accordance** [1] - 45:6
**account** [6] - 31:13, 31:14, 32:2, 34:10, 41:23, 42:2
**accountable** [2] - 7:21, 7:23
**accounted** [1] - 10:22
**accounts** [2] - 14:12, 39:1
**accurately** [1] - 10:11
**accused** [1] - 23:9
**achieve** [3] - 38:2, 39:24, 42:4
**acknowledged** [1] - 40:2
**acres** [2] - 16:8, 16:9
**action** [4] - 3:18, 37:15, 50:8, 50:9
**actions** [2] - 35:11, 35:22
**activity** [1] - 5:16
**acts** [2] - 40:6, 41:9
**addition** [1] - 44:9
**additional** [4] - 5:24, 16:5, 31:4, 47:2
**address** [4] - 12:1, 12:4, 45:18, 46:24
**adjusted** [3] - 5:17, 13:17, 43:13
**adjustment** [1] - 5:8
**admirably** [1] - 26:10
**advanced** [1] - 28:17
**advantage** [3] - 8:17, 9:2, 37:13

**advertised** [1] - 39:20
**advice** [1] - 24:7
**advise** [1] - 47:7
**advisory** [7] - 3:5, 3:14, 5:5, 6:8, 34:5, 43:9, 43:13
**afford** [1] - 48:23
**afternoon** [2] - 14:24, 41:15
**age** [5] - 22:4, 25:2, 26:17, 28:17, 42:8
**aggravating** [4] - 5:15, 38:24, 42:25, 43:3
**aggregate** [1] - 7:18
**ago** [1] - 23:9
**agree** [1] - 42:6
**agreed** [1] - 18:22
**agreement** [4] - 12:9, 12:16, 24:24, 48:3
**Agriculture** [1] - 45:1
**Alabama** [1] - 36:16
**allocation** [1] - 39:7
**allowed** [1] - 26:8
**almost** [4] - 15:11, 18:22, 26:22, 36:17
**alongside** [1] - 17:8
**America** [1] - 2:3
**AMERICA** [1] - 1:3
**American** [2] - 38:12, 40:14
**Americans** [1] - 30:11
**amount** [14] - 5:9, 7:6, 10:1, 10:10, 10:23, 10:24, 12:6, 12:12, 12:14, 12:17, 13:16, 44:25, 45:7, 45:14
**amounts** [3] - 10:4, 10:6, 41:5
**AND** [1] - 1:10
**Angie** [1] - 2:9
**anniversary** [1] - 23:1
**announced** [1] - 13:18
**anonymous** [1] - 40:6
**anonymously** [1] - 20:5
**answer** [2] - 4:23, 47:15
**ANTHONY** [1] - 1:10
**apartment** [1] - 25:5
**apologize** [3] - 35:2, 35:3, 35:18
**apologized** [1] - 27:5
**apology** [1] - 35:17
**appeal** [12] - 47:8, 47:25, 48:2, 48:5, 48:14, 48:16, 48:17, 48:20, 48:21, 48:22, 48:24, 48:25
**Appeals** [1] - 48:16
**appear** [1] - 34:23
**APPEARANCES** [1] - 1:9
**appeared** [2] - 1:11, 1:13
**applicable** [1] - 7:24
**application** [9] - 7:12, 7:16, 7:20, 7:24, 8:2, 8:5, 8:9, 9:14, 9:15
**applications** [2] - 22:20, 22:21

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 51 of 61

**apply** [4] - 7:14, 8:9, 8:10, 9:10
**appoint** [1] - 48:24
**appreciate** [3] - 19:7, 19:9, 40:18
**approach** [1] - 14:7
**appropriate** [7] - 7:20, 8:2, 11:2, 11:4, 43:6, 43:9, 47:19
**approval** [1] - 8:12
**approved** [1] - 45:15
**arduous** [1] - 26:23
**area** [1] - 14:22
**argued** [4] - 13:8, 13:9, 14:16, 43:10
**arguing** [1] - 13:11
**argument** [4] - 9:19, 10:3, 10:8, 11:6, 43:11
**arguments** [3] - 7:7, 13:20, 15:13
**Arkansas** [1] - 37:8
**arose** [1] - 38:21
**arranged** [1] - 21:13
**arrangements** [1] - 36:20
**arriving** [2] - 38:1, 42:3
**aspects** [1] - 41:19
**assessed** [1] - 5:7
**assessment** [3] - 2:23, 44:15, 44:16
**assistance** [1] - 26:11
**Assistant** [1] - 2:6
**assisted** [1] - 50:5
**assume** [1] - 15:20
**assumption** [1] - 15:12
**attach** [1] - 17:22
**attached** [2] - 15:18, 15:22
**attempting** [1] - 11:1
**attention** [2] - 25:10, 26:1
**Attorney** [2] - 2:8, 45:16
**attorney** [5] - 4:20, 23:13, 48:23, 48:24, 50:9
**ATTORNEY** [1] - 1:12
**Attorney's** [1] - 1:10
**attorney-client** [1] - 23:13
**Attorneys** [1] - 2:6
**ATTORNEYS** [1] - 1:10
**August** [1] - 1:17
**author** [1] - 2:10
**automobile** [1] - 20:24
**available** [1] - 45:9
**Avenue** [5] - 1:10, 1:13, 1:17, 1:24, 50:14
**avoid** [1] - 25:23
**awarded** [1] - 5:20
**aware** [3] - 11:25, 33:14, 33:22

## B

**background** [2] - 20:9, 43:1
**bad** [4] - 18:7, 23:5, 23:6, 27:14, 41:16, 41:19

**bank** [1] - 14:12
**bankruptcy** [3] - 24:7, 24:8, 24:13
**base** [1] - 5:7
**based** [6] - 5:9, 9:11, 9:16, 12:15, 30:22, 33:8
**bases** [1] - 9:14
**basis** [4] - 8:7, 12:14, 13:22, 14:5
**bearing** [1] - 26:11
**becomes** [1] - 14:17
**BEFORE** [1] - 1:16
**begins** [1] - 5:6
**behalf** [9] - 1:11, 1:13, 2:25, 3:9, 13:10, 13:11, 36:5, 47:8, 49:7
**behind** [5] - 7:12, 8:13, 19:25, 20:3, 23:3
**behind-the-scenes** [1] - 19:25
**bell** [1] - 14:4
**below** [1] - 39:23
**best** [4] - 26:15, 36:21, 37:18, 50:4
**betraying** [1] - 23:12
**better** [4] - 19:17, 20:22, 22:24
**between** [3] - 18:3, 28:1, 31:2
**beware** [2] - 8:20, 8:25
**big** [2] - 22:20, 27:21
**billion** [2] - 30:10, 33:25
**bit** [1] - 21:23
**blemish** [1] - 18:11
**blood** [1] - 21:12
**board** [2] - 19:22, 22:21
**boards** [1] - 19:24
**bottom** [1] - 43:12
**bought** [1] - 20:24
**Box** [3] - 1:10, 1:24, 50:14
**breaking** [1] - 35:2
**Brennan** [5] - 25:20, 25:21, 28:15, 28:22, 32:1
**brief** [4] - 3:20, 6:15, 40:3, 43:11
**briefing** [1] - 12:3
**briefs** [1] - 11:6
**brighter** [1] - 21:23
**bring** [1] - 36:24
**brings** [1] - 25:11
**brought** [5] - 7:5, 17:13, 25:9, 39:5, 39:8
**build** [2] - 35:23, 37:9
**built** [4] - 20:1, 35:8, 35:11, 36:16
**Bureau** [10] - 29:11, 43:18, 43:20, 45:6, 46:11, 46:12, 46:13, 46:22, 46:25, 47:6
**business** [6] - 24:22, 26:21, 33:6, 35:15, 37:6, 37:18
**businesses** [2] - 35:11,

35:13
**buy** [1] - 20:25
**buyer** [2] - 8:19, 15:19
**buying** [4] - 30:11, 30:18, 31:17, 34:1

## C

**C.J** [2] - 1:16, 50:3
**calculation** [6] - 3:5, 3:14, 5:5, 10:24, 47:12, 47:17
**calculations** [1] - 7:10
**call** [1] - 43:2
**called** [1] - 48:15
**calls** [1] - 19:11
**candid** [1] - 36:2
**cannot** [2] - 38:22, 48:22
**Canyon** [1] - 37:7
**capacities** [1] - 20:12
**capacity** [1] - 33:4
**capacity-wise** [1] - 33:4
**capture** [1] - 31:6
**captured** [1] - 13:5
**car** [2] - 21:1, 21:4
**card** [1] - 25:15
**care** [1] - 19:3
**carefully** [1] - 15:14
**carloads** [3] - 15:25, 16:3, 16:5
**carry** [1] - 24:19
**case** [40] - 3:2, 3:11, 5:9, 6:12, 6:13, 7:15, 7:22, 7:25, 8:10, 9:9, 10:1, 10:9, 10:10, 10:17, 11:18, 18:2, 19:7, 23:7, 23:13, 29:7, 29:21, 29:23, 29:24, 30:15, 38:8, 39:14, 42:1, 42:20, 42:22, 43:4, 43:6, 45:3, 45:21, 46:4, 47:18, 47:19, 48:4, 48:6, 48:12
**Case** [1] - 2:4
**cases** [2] - 14:11, 20:19
**category** [3] - 6:6, 6:7, 42:23
**caused** [10] - 8:1, 8:3, 9:7, 9:16, 10:17, 32:3, 33:23, 35:21, 38:11, 39:8
**caveat** [1] - 8:19
**Cedar** [5] - 1:11, 1:18, 1:24, 48:18, 50:14
**cell** [3] - 22:3, 22:6, 22:22
**certain** [1] - 3:16
**certainly** [7] - 31:8, 32:2, 33:10, 33:14, 35:21, 39:17, 39:20
**certification** [7] - 15:18, 15:22, 15:25, 16:3, 16:14, 26:8, 32:4
**certified** [4] - 9:11, 15:19, 16:6, 32:6
**Certified** [2] - 1:19, 50:2
**certify** [6] - 15:14, 15:15, 15:16, 16:22, 50:2, 50:7

**chain** [1] - 10:20
**challenge** [1] - 14:18
**challenges** [1] - 35:24
**change** [3] - 26:7, 36:11, 45:17
**changes** [1] - 14:7
**character** [5] - 19:6, 23:16, 28:8, 36:4, 41:22
**characteristics** [3] - 17:24, 30:23, 39:16
**characterize** [1] - 32:8
**charged** [1] - 2:13
**charges** [1] - 47:2
**charitable** [2] - 40:1, 41:6
**charity** [1] - 39:25
**cheat** [1] - 16:20
**cheating** [2] - 38:17, 39:24
**cherished** [1] - 35:19
**childhood** [1] - 20:18
**children** [2] - 20:20, 35:19
**Children's** [1] - 22:1
**Chillicothe** [4] - 19:21, 21:16, 25:4, 25:11
**choice** [1] - 30:2
**choices** [1] - 30:3
**Christmas** [1] - 21:20
**Church** [1] - 20:10
**church** [2] - 20:11, 20:14
**Circuit** [1] - 48:15
**circumstances** [3] - 15:9, 17:5, 38:7
**citizens** [1] - 39:10
**city** [2] - 19:21, 22:23
**City** [2] - 37:7, 37:8
**civic** [1] - 19:25
**claimed** [2] - 16:5, 16:7
**classification** [1] - 43:22
**cleanup** [2] - 26:24, 36:16
**clear** [4] - 13:7, 13:12, 22:11, 22:14
**clerk** [1] - 48:20
**Clerk** [2] - 45:2, 48:17
**client** [6] - 3:9, 3:21, 23:13, 23:14, 27:19, 46:16
**clients** [1] - 27:18
**close** [2] - 11:3, 43:20
**clots** [1] - 21:12
**coast** [1] - 36:17
**Code** [4] - 2:15, 38:4, 43:8, 47:16
**collapsed** [1] - 24:5
**collar** [1] - 29:7
**collateral** [4] - 10:16, 39:4, 39:12, 43:4
**collection** [2] - 44:5, 45:14
**collectively** [1] - 13:15
**Colorado** [1] - 37:7
**comfortable** [1] - 34:19
**coming** [1] - 26:11
**commencing** [1] - 1:18
**commensurate** [1] - 43:21

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 52 of 61

**comments** [1] - 38:5
**commercial** [1] - 36:15
**commit** [2] - 41:21, 44:1
**commitment** [1] - 20:21
**commits** [1] - 39:13
**committed** [5] - 8:11, 28:7, 34:25, 35:13, 43:17
**committees** [1] - 19:24
**committing** [2] - 8:13, 42:10
**common** [1] - 28:9
**commonsense** [1] - 38:16
**communicate** [1] - 22:3
**community** [5] - 19:21, 20:8, 25:7, 39:22, 40:23
**comparison** [1] - 31:2
**competitors** [3] - 10:19, 38:15, 38:20
**complete** [1] - 30:17
**Completed** [1] - 1:21
**completely** [1] - 42:15
**complex** [2] - 16:12
**comply** [2] - 43:25, 44:9
**complying** [1] - 26:2
**computer** [1] - 50:5
**computer-assisted** [1] - 50:5
**conception** [1] - 16:12
**concerned** [1] - 42:6
**concerning** [2] - 7:6, 46:16
**conclude** [2] - 9:9, 43:5
**concluded** [2] - 12:13, 49:16
**concludes** [1] - 49:14
**conclusion** [1] - 42:17
**condition** [2] - 44:8, 45:13
**conditions** [4] - 44:1, 44:10, 44:12, 47:5
**conduct** [5] - 18:20, 32:3, 35:4, 39:11, 42:9
**conference** [1] - 15:2
**confidence** [5] - 8:15, 8:16, 9:2, 9:3, 38:12
**confidences** [1] - 23:13
**confronted** [1] - 42:8
**Congress** [2] - 9:10, 9:13
**connection** [2] - 41:14, 41:15
**consider** [3] - 23:23, 28:1, 28:14
**considerably** [1] - 14:19
**consideration** [2] - 14:14, 15:5
**considered** [3] - 38:3, 38:6, 43:7
**considering** [3] - 15:1, 29:10, 47:15
**considers** [1] - 13:23
**CONSTANT** [1] - 1:6
**Constant** [61] - 2:4, 4:11, 11:12, 11:23, 13:11, 13:16, 14:19, 14:22, 15:1, 15:3, 15:5, 16:1, 16:9, 16:16, 17:3, 17:6,

17:9, 17:14, 18:4, 19:13, 20:3, 22:5, 22:24, 23:18, 24:24, 25:17, 25:22, 25:23, 26:19, 27:13, 27:23, 28:8, 28:12, 29:22, 29:25, 31:2, 31:3, 31:7, 31:24, 32:11, 32:14, 32:17, 32:20, 32:22, 33:2, 33:21, 34:4, 34:8, 37:25, 39:18, 40:8, 42:10, 43:16, 46:3, 46:19, 47:7, 47:24, 48:13, 49:6, 49:8, 49:10
**Constant's** [4] - 17:23, 19:14, 30:19, 42:7
**consumer** [1] - 38:10
**consumers** [10] - 8:4, 8:15, 8:21, 8:25, 9:3, 9:20, 9:23, 30:5, 35:7
**context** [1] - 25:14
**contradiction** [3] - 23:7, 23:11, 23:12
**contribute** [3] - 31:19, 34:2, 37:21
**contributing** [1] - 31:18
**contributions** [1] - 37:2
**controlled** [3] - 44:3, 44:4, 44:9
**conversations** [1] - 36:2
**convicted** [2] - 18:15, 25:8
**convictions** [1] - 42:24
**convince** [1] - 33:5
**convinced** [1] - 32:15
**cooperate** [2] - 18:22, 44:5
**correct** [2] - 45:23, 45:24
**correctional** [1] - 37:7
**counsel** [4] - 11:12, 40:2, 43:11, 50:9
**counsel's** [1] - 32:18
**Count** [1] - 2:13
**count** [1] - 2:13
**counting** [1] - 46:6
**country** [5] - 15:15, 20:14, 21:11, 29:24, 35:8
**counts** [1] - 45:22
**couple** [2] - 16:2, 29:21
**course** [5] - 6:11, 19:4, 23:23, 35:4, 42:15
**COURT** [37] - 1:1, 2:2, 3:4, 3:8, 3:13, 3:19, 4:10, 4:16, 4:18, 4:22, 5:1, 5:4, 6:2, 7:1, 7:3, 11:17, 12:8, 12:22, 13:1, 29:16, 34:7, 34:17, 34:19, 34:22, 37:25, 45:25, 46:3, 46:19, 47:14, 47:22, 47:24, 48:9, 48:11, 49:3, 49:6, 49:11, 49:14
**Court** [53] - 1:23, 2:3, 2:18, 2:20, 2:21, 2:22, 3:18, 7:4, 11:15, 13:10, 13:18, 13:20, 13:23, 14:1, 14:8, 14:15, 15:12, 17:10, 17:16, 18:5, 19:8, 19:13, 19:14, 21:9, 21:25, 23:23, 24:2, 24:3, 24:5,

25:14, 25:18, 26:14, 26:18, 27:10, 27:24, 27:25, 28:13, 28:18, 29:3, 29:5, 29:15, 33:18, 34:3, 35:2, 38:14, 40:12, 43:17, 45:2, 45:15, 47:12, 48:15, 48:17, 50:13
**court** [7] - 2:1, 11:16, 45:4, 48:2, 48:15, 48:16
**Court's** [1] - 19:9
**court-ordered** [1] - 45:4
**courtroom** [1] - 2:11
**covered** [1] - 9:8
**created** [1] - 35:20
**creates** [1] - 8:14
**credit** [3] - 20:7, 23:20, 23:22
**crime** [7] - 2:14, 2:15, 10:17, 17:1, 17:3, 18:14, 26:5, 28:7, 31:15, 34:25, 35:1, 36:3, 36:7, 38:21, 39:13, 42:10, 44:2
**crimes** [1] - 41:21
**Criminal** [1] - 2:4
**criminal** [20] - 5:16, 6:5, 6:6, 6:7, 10:7, 10:11, 10:13, 10:25, 14:4, 14:19, 16:19, 18:16, 18:17, 27:11, 31:10, 31:12, 41:24, 42:23, 42:24, 47:2
**crop** [1] - 24:23
**CSR** [2] - 1:23, 50:13
**culpability** [8] - 10:7, 10:11, 10:13, 11:1, 13:25, 14:4, 14:19, 41:24
**current** [1] - 46:24
**curve** [1] - 14:4
**custody** [3] - 43:17, 43:22, 46:5

**D**

**damage** [6] - 26:24, 32:2, 38:12, 39:5, 39:12, 43:4
**data** [2] - 28:3, 28:9
**date** [1] - 46:9
**daunting** [1] - 24:15
**days** [4] - 21:20, 45:17, 48:19, 48:20
**dear** [1] - 35:19
**debate** [1] - 42:15
**debris** [2] - 22:12, 22:14
**decade** [1] - 40:7
**December** [3] - 2:12, 19:1, 44:17
**decisions** [1] - 30:18
**dedicated** [1] - 35:12
**deeply** [1] - 19:3
**Defendant** [2] - 1:7, 1:13
**defendant** [29] - 2:7, 2:12, 2:17, 2:18, 3:9, 3:13, 5:7, 5:19, 5:23, 6:5, 6:15, 6:17, 6:18, 7:21, 10:7, 10:12, 12:17, 13:25, 14:3, 14:10, 26:6,

30:14, 30:22, 39:7, 40:13, 41:2, 42:22, 46:1
**DEFENDANT** [11] - 4:15, 4:17, 4:21, 4:25, 5:3, 34:16, 34:18, 34:21, 34:23, 49:2, 49:5
**defendant's** [9] - 6:4, 10:17, 10:22, 12:15, 38:23, 39:11, 39:15, 40:1, 40:21
**defendants** [8] - 13:10, 14:1, 14:20, 24:21, 28:14, 28:18, 29:25, 30:16
**defense** [4] - 6:21, 9:5, 40:2, 43:11
**defrauded** [1] - 30:5
**degree** [3] - 10:14, 17:2, 41:24
**demonstrate** [1] - 38:15
**demonstrated** [1] - 27:6
**deny** [1] - 11:5
**denying** [2] - 7:8, 14:15
**Department** [1] - 45:1
**departure** [6] - 6:19, 7:7, 7:9, 7:14, 7:16, 7:19, 8:1, 11:6, 28:16
**depravity** [1] - 32:3
**Des** [1] - 1:13
**described** [2] - 19:20, 23:21
**deserves** [1] - 17:20
**design** [1] - 16:12
**designate** [1] - 46:9
**designated** [4] - 43:19, 46:10, 46:13, 46:22
**desire** [1] - 36:9
**despite** [1] - 35:22
**detail** [2] - 6:11, 7:11
**details** [2] - 40:19, 40:20
**detention** [2] - 46:1, 46:2
**determine** [3] - 11:1, 41:23, 43:1
**determining** [2] - 12:14, 34:11
**deterrence** [6] - 25:18, 32:22, 32:25, 42:5, 42:7, 42:14
**develop** [1] - 37:16
**development** [2] - 20:1, 36:25
**devoted** [1] - 41:10
**Diego** [1] - 21:10
**difference** [3] - 14:23, 14:25, 20:8
**different** [6] - 14:10, 22:24, 25:14, 28:15, 36:18, 40:22
**difficult** [1] - 16:21
**difficulty** [1] - 35:20
**diligently** [1] - 36:11
**direct** [1] - 9:7
**directed** [2] - 44:5, 47:1
**direction** [1] - 50:5
**directly** [2] - 27:24, 34:9

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 53 of 61

**disagree** [3] - 42:16, 48:1, 48:13
**disagreement** [3] - 8:7, 8:8, 28:6
**disbursement** [1] - 9:8
**discipline** [1] - 36:24
**discretion** [2] - 40:18, 40:20
**discuss** [2] - 13:14, 15:10
**discussed** [9] - 3:24, 3:25, 4:1, 4:5, 12:4, 14:2, 15:8, 29:10, 38:8
**discussion** [1] - 11:14
**dismantled** [1] - 26:21
**dismissed** [1] - 45:22
**disparity** [1] - 28:1
**disproportionately** [1] - 10:5
**disputing** [1] - 12:17
**disregard** [1] - 30:17
**distance** [1] - 4:1
**distinction** [1] - 9:12
**distinguishing** [1] - 9:5
**distribution** [2] - 10:20, 45:3
**District** [6] - 1:23, 45:2, 45:17, 46:8, 48:18, 50:13
**district** [1] - 19:12
**DISTRICT** [2] - 1:1, 1:1
**DNA** [1] - 44:5
**document** [8] - 2:11, 6:14, 6:16, 6:17, 6:18, 6:20, 6:21, 44:21
**documents** [1] - 15:14
**dog** [1] - 15:7
**dollar** [5] - 24:14, 28:23, 31:12, 33:13, 38:22
**dollars** [3] - 24:6, 30:10, 33:25
**donated** [1] - 41:4
**donating** [1] - 39:22
**done** [5] - 21:1, 22:13, 27:3, 39:5, 49:4
**doorstep** [1] - 21:20
**doses** [1] - 22:2
**down** [1] - 17:25
**downward** [22] - 6:19, 7:7, 7:9, 7:14, 7:19, 8:1, 8:5, 8:8, 9:17, 9:19, 11:4, 11:5, 11:19, 11:24, 13:4, 13:17, 13:22, 28:3, 28:5, 43:3, 43:5
**draft** [1] - 3:23
**drawn** [1] - 31:2
**drew** [1] - 16:19
**driver's** [1] - 36:15
**drove** [1] - 38:19
**drug** [2] - 42:24, 44:7
**due** [5] - 30:13, 33:23, 40:7, 44:15, 45:14
**during** [1] - 7:5

### E

**e-mail** [1] - 4:3

**earn** [1] - 19:18
**easily** [2] - 27:10, 36:13
**easy** [4] - 16:1, 26:17, 32:13, 40:1
**educates** [1] - 21:2
**educational** [1] - 37:13
**effect** [1] - 39:13
**effectively** [2] - 18:24, 19:5
**effects** [1] - 38:21
**effort** [2] - 41:5, 41:11
**efforts** [1] - 41:6
**eight** [1] - 36:18
**Eighth** [1] - 48:15
**either** [1] - 18:8
**electric** [1] - 27:1
**elects** [1] - 46:18
**eligible** [1] - 24:25
**emotional** [1] - 25:19
**emphasize** [1] - 36:25
**employed** [3] - 36:14, 50:8, 50:9
**employee** [1] - 50:8
**emptor** [1] - 8:19
**enabled** [1] - 20:23
**encouragement** [1] - 8:24
**end** [4] - 8:4, 21:4, 30:21, 33:20
**enforcement** [2] - 26:11, 42:8
**engage** [1] - 31:15
**engaged** [1] - 40:13
**English** [1] - 4:12
**enhance** [2] - 37:2, 37:16
**enhancement** [7] - 5:9, 5:10, 5:12, 5:14, 17:15, 38:24, 39:4
**enormous** [1] - 35:16
**entering** [1] - 5:24
**enterprise** [1] - 31:13
**enticed** [1] - 31:14
**entire** [2] - 21:8, 21:15
**entirely** [1] - 24:4
**entirety** [1] - 13:23
**episode** [1] - 22:10
**equipment** [2] - 22:18, 26:25
**erred** [1] - 47:17
**error** [1] - 47:11
**especially** [1] - 21:18
**estimate** [1] - 10:25
**ethic** [1] - 19:15
**ethics** [1] - 37:9
**evening** [1] - 22:13
**event** [1] - 47:11
**eventually** [1] - 31:15
**evidence** [2] - 33:16, 38:14
**exactly** [2] - 29:22, 42:15
**exceed** [1] - 45:8
**exchanged** [1] - 4:3
**excuses** [1] - 27:9
**exercise** [1] - 40:20
**exhibits** [1] - 33:17
**expect** [1] - 23:5

**expenditures** [1] - 40:21
**expense** [2] - 40:14, 48:25
**experience** [1] - 27:19
**explained** [2] - 28:5, 28:7
**exploit** [3] - 31:9, 31:21, 32:18
**exploited** [3] - 31:20, 32:15, 33:22
**extent** [1] - 15:6
**extraordinary** [2] - 30:14, 30:15
**extreme** [3] - 8:3, 35:20, 35:23

### F

**face** [1] - 35:24
**facilities** [1] - 37:7
**facility** [2] - 43:20, 46:13
**facing** [2] - 21:25, 23:14
**fact** [9] - 9:15, 12:16, 16:6, 28:7, 31:14, 32:12, 32:17, 37:5, 41:9
**factor** [1] - 42:5
**factors** [5] - 13:14, 13:24, 38:3, 38:5, 42:21, 42:25, 43:2, 43:3, 43:7, 43:10, 47:15
**factual** [3] - 4:4, 4:8, 12:14
**fail** [1] - 48:19
**failure** [1] - 47:1
**fair** [2] - 3:1, 3:10
**fall** [4] - 15:11, 31:9, 31:19, 41:21
**fallibility** [1] - 41:20
**falling** [1] - 31:7
**falls** [1] - 6:5
**family** [12] - 21:8, 21:13, 23:2, 24:4, 25:10, 35:19, 36:1, 36:8, 36:19, 40:15, 40:16, 43:21
**far** [1] - 27:20
**farm** [1] - 25:1
**farmers** [1] - 14:23, 17:1, 24:12, 30:13, 31:3, 35:6, 39:8
**farming** [1] - 24:20, 25:2
**fault** [1] - 32:12
**faults** [1] - 41:19
**FCRR** [1] - 1:23, 50:13
**fear** [1] - 42:10
**federal** [2] - 25:1, 44:2
**feel** [1] - 4:18
**feels** [1] - 22:23
**felon** [1] - 25:8
**felt** [1] - 36:7
**few** [4] - 18:8, 31:1, 41:16
**fields** [1] - 31:23
**figure** [1] - 24:18
**file** [2] - 48:16, 48:19
**filed** [9] - 6:15, 6:16, 6:17, 6:19, 6:20, 6:22, 24:6, 40:11, 44:20

**Financial** [1] - 45:7
**financial** [5] - 30:19, 39:25, 45:4, 45:11, 45:19
**financially** [2] - 33:3, 50:9
**find** [22] - 7:12, 7:25, 8:9, 8:10, 9:13, 10:9, 10:15, 10:24, 11:2, 20:21, 21:19, 23:10, 23:12, 24:15, 24:16, 39:18, 40:8, 43:8, 43:10, 44:21, 45:20, 47:18
**finding** [2] - 31:10, 44:8
**finds** [1] - 31:25
**fine** [4] - 2:21, 28:8, 44:22
**Firm** [1] - 1:12
**firm** [1] - 18:24
**first** [10] - 7:4, 11:21, 13:19, 16:2, 18:2, 18:15, 18:23, 19:14, 27:16, 38:7
**fish** [1] - 35:12
**five** [1] - 5:17
**flaws** [1] - 23:16
**Florida** [2] - 22:10, 36:16
**focus** [2] - 36:12, 36:24
**focused** [1] - 36:19
**folks** [6] - 22:16, 22:17, 31:14, 31:15, 32:9
**follow** [2] - 32:13, 43:14
**following** [3] - 2:1, 11:16, 43:25
**food** [1] - 14:12
**foot** [1] - 19:16
**FOR** [1] - 1:1
**foregoing** [1] - 50:5
**Forest** [1] - 37:8
**forever** [2] - 35:25, 48:21
**forfeit** [1] - 44:19
**forfeiture** [4] - 24:11, 24:14, 24:18, 44:20
**formally** [1] - 18:25
**former** [1] - 41:18
**forms** [1] - 26:22
**forth** [11] - 4:4, 5:5, 12:5, 14:13, 22:12, 22:19, 28:9, 38:3, 42:25, 44:12, 44:20
**forward** [1] - 27:22
**fractured** [1] - 35:22
**fraud** [9] - 2:14, 8:11, 8:13, 10:22, 13:25, 14:1, 14:3, 29:24, 38:9
**fraudsters** [1] - 8:16
**fraudulent** [1] - 8:17
**free** [1] - 25:15
**friends** [6] - 35:20, 36:1, 36:9, 36:19, 40:15, 40:16
**front** [1] - 34:23
**fueled** [1] - 36:9
**full** [3] - 3:1, 3:10, 34:24
**fully** [3] - 17:9, 31:6, 36:11
**funded** [1] - 21:7
**funds** [1] - 45:8
**furniture** [1] - 21:6

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 54 of 61

**future** [6] - 26:5, 36:21, 37:14, 37:21, 42:11, 44:8

## G

**gain** [2] - 7:23, 10:1
**gains** [2] - 40:14, 40:22
**gas** [1] - 19:16
**general** [3] - 25:18, 42:5, 42:14
**generally** [3] - 13:5, 39:1, 39:14
**generous** [2] - 36:1, 40:6
**get** [15] - 9:23, 10:4, 14:16, 15:12, 18:4, 21:3, 24:23, 25:14, 25:15, 25:22, 25:25, 27:20, 28:4, 28:11, 30:5
**get-out-of-jail-free** [1] - 25:15
**gets** [4] - 21:5, 23:20, 23:22, 32:1
**getting** [2] - 31:11, 32:5
**give** [2] - 46:20, 48:21
**given** [1] - 30:17
**gives** [2] - 5:17, 21:6
**goals** [5] - 29:14, 38:2, 39:24, 42:3, 42:5
**Goldberg** [1] - 16:19
**goodness** [1] - 18:11
**goods** [8] - 8:11, 8:18, 8:22, 9:1, 9:6, 9:8, 9:11, 38:19
**goodwill** [1] - 10:20
**government** [11] - 3:4, 6:15, 6:20, 6:22, 8:12, 8:14, 8:16, 8:24, 9:4, 11:22, 19:2
**government's** [4] - 5:22, 18:23, 43:14, 45:25
**grace** [1] - 41:21
**grain** [14] - 15:14, 15:15, 15:17, 15:20, 15:21, 15:25, 16:3, 16:7, 16:23, 32:5, 35:6, 35:12, 35:15, 39:19
**Grand** [1] - 1:13
**granted** [2] - 6:2, 13:17
**grants** [1] - 26:15
**grateful** [2] - 35:25, 36:8
**grave** [1] - 24:19
**greater** [6] - 7:11, 8:14, 8:18, 23:11, 38:2, 42:4
**greed** [1] - 33:23
**greenhouse** [1] - 36:16
**grew** [3] - 16:11, 16:14, 16:17
**gross** [1] - 10:1
**ground** [1] - 9:18
**grounds** [5] - 7:14, 11:11, 13:5, 13:7, 29:4
**grow** [1] - 33:7
**grower** [1] - 15:24
**grown** [4] - 15:17, 15:18, 16:4, 16:8

**guess** [1] - 41:15
**guideline** [10] - 6:8, 9:10, 10:15, 13:17, 14:7, 30:20, 34:5, 43:9, 43:13, 47:12
**guidelines** [12] - 3:6, 3:15, 5:5, 8:7, 10:3, 10:18, 10:23, 17:22, 23:15, 28:6, 28:11, 47:17
**guilty** [5] - 2:12, 5:19, 14:9, 19:1, 28:23
**guy** [1] - 41:8
**guys** [1] - 31:25

## H

**Habitat** [1] - 20:15
**hand** [4] - 10:8, 10:15, 41:1, 50:10
**handled** [1] - 27:10
**hands** [1] - 37:22
**happen** [2] - 18:17, 24:23
**happened** [3] - 16:4, 28:14, 28:21
**hard** [4] - 26:20, 27:17, 27:18
**harder** [1] - 17:17
**harm** [19] - 7:17, 7:19, 7:22, 7:25, 8:3, 8:14, 8:18, 9:7, 9:16, 9:21, 9:25, 10:2, 10:16, 10:18, 10:19, 11:3, 14:6, 38:21, 39:7
**harmed** [3] - 9:21, 10:21, 12:12
**health** [1] - 37:19
**healthy** [1] - 8:20
**hear** [4] - 11:21, 11:22, 13:2
**heard** [3] - 16:25, 22:12, 40:6
**hearing** [7] - 2:5, 2:24, 3:24, 4:6, 6:10, 6:24, 7:5, 11:7, 12:1, 29:20, 31:1, 34:8, 41:16, 49:15, 50:3, 50:4, 50:6
**HEARING** [1] - 1:15
**heart** [1] - 21:11
**heavy** [1] - 26:25
**heinous** [1] - 23:9
**HELD** [1] - 1:16
**held** [7] - 2:1, 7:21, 7:23, 11:14, 11:16, 40:23, 50:3
**help** [7] - 19:19, 20:16, 21:5, 21:6, 22:11, 22:14, 37:5
**helper** [1] - 37:3
**helping** [2] - 20:21, 41:11
**hereby** [5] - 43:17, 44:7, 50:2
**hereto** [1] - 50:9
**heretofore** [2] - 18:16, 50:3
**high** [2] - 22:2, 30:21
**higher** [6] - 14:16, 14:17, 14:20, 14:21, 48:2, 48:14
**himself** [6] - 19:17, 22:19, 25:2, 25:9, 26:20, 40:23
**histories** [1] - 31:11
**history** [10] - 6:5, 6:6, 6:7,

17:24, 18:18, 18:19, 18:20, 29:24, 39:15, 42:23
**hit** [1] - 17:17
**hold** [2] - 27:8, 34:13
**hole** [1] - 33:22
**holidays** [1] - 21:23
**HON** [1] - 1:16
**Honor** [39] - 3:3, 3:7, 3:12, 3:22, 5:3, 6:25, 7:2, 12:2, 12:7, 12:21, 12:25, 13:3, 13:4, 13:14, 27:10, 29:18, 29:25, 30:8, 30:15, 30:20, 31:5, 31:20, 33:12, 33:20, 34:6, 34:16, 34:23, 36:4, 37:21, 45:24, 46:17, 47:11, 47:13, 47:21, 47:23, 48:8, 48:10, 49:10, 49:13
**honor** [4] - 15:23, 32:7, 32:19, 33:8
**Honorable** [1] - 50:3
**hope** [3] - 24:16, 24:17, 37:19
**Hospital** [1] - 22:1
**hospitalization** [1] - 22:6
**hour** [1] - 36:6
**hours** [2] - 22:13, 41:11
**house** [1] - 26:22
**housing** [1] - 20:15
**huge** [1] - 14:23
**human** [2] - 23:11, 41:20
**Humanity** [1] - 20:15
**humble** [1] - 36:9
**hundred** [2] - 21:17, 31:12
**hundreds** [1] - 30:3
**hurricane** [2] - 20:16, 36:15
**hurricanes** [1] - 22:11
**hurt** [2] - 35:4, 38:19

## I

**idea** [6] - 10:9, 16:10, 16:22, 31:7, 32:3, 32:6
**identified** [1] - 6:23
**ill** [2] - 40:14, 40:22
**ill-gotten** [2] - 40:14, 40:22
**illegal** [2] - 19:4, 41:7
**illegally** [1] - 41:3
**imagination** [1] - 30:2
**immediately** [2] - 26:10, 44:16
**immense** [1] - 30:9
**impact** [1] - 35:10
**imperfect** [1] - 10:25
**important** [7] - 14:14, 26:3, 39:2, 42:2, 42:5, 42:14, 42:18
**importantly** [1] - 37:22
**impose** [7] - 2:20, 2:21, 2:22, 25:18, 41:25, 43:14, 47:12
**imposed** [4] - 44:23, 47:5, 48:1, 48:22
**impossible** [1] - 24:11

**imprisoned** [1] - 43:18
**imprisonment** [2] - 43:23, 45:12
**IN** [2] - 1:1, 50:10
**inadequate** [1] - 10:16
**incalculable** [3] - 8:3, 9:25, 38:12
**incarcerated** [1] - 45:5
**incarceration** [1] - 6:9
**includes** [1] - 35:4
**including** [1] - 33:17
**incongruity** [1] - 18:3
**incorporated** [1] - 11:6
**indeed** [2] - 24:10, 25:22
**indicated** [2] - 40:5, 50:3
**indicates** [1] - 27:3
**individual** [4] - 7:18, 17:8, 18:10, 41:22
**individuals** [3] - 14:6, 17:11, 28:2
**industries** [3] - 26:24, 31:18, 35:12
**industry** [4] - 25:2, 32:24, 34:1, 37:16
**information** [1] - 2:13
**informed** [1] - 46:24
**inmate** [2] - 37:6, 37:10
**inmate-operated** [1] - 37:6
**inmates** [1] - 37:5
**inside** [1] - 37:6
**inspect** [1] - 15:23
**install** [1] - 27:1
**installing** [1] - 36:17
**instantly** [1] - 18:22
**instead** [2] - 16:13, 34:3
**institution** [3] - 36:23, 45:9, 46:21
**insurance** [1] - 24:23
**intellectually** [1] - 33:4
**interaction** [1] - 4:9
**interactions** [1] - 36:20
**interest** [2] - 45:20, 45:21
**interested** [1] - 50:9
**interesting** [1] - 20:17
**interests** [1] - 26:21
**investigation** [2] - 6:11, 18:23
**involved** [2] - 5:11, 37:10
**involving** [2] - 5:16, 38:11
**IOWA** [1] - 1:1
**Iowa** [10] - 1:11, 1:13, 1:18, 1:24, 45:3, 45:17, 48:18, 50:2, 50:14
**ironically** [1] - 37:10
**issue** [4] - 2:23, 7:10, 12:2, 12:3
**issues** [4] - 4:7, 7:4, 11:9, 11:25
**items** [1] - 4:5
**itself** [1] - 14:6

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR    Document 46    Filed 01/31/20    Page 55 of 61

## J

**JACOB** [1] - 1:10
**Jacob** [1] - 2:6
**jail** [1] - 25:15
**James** [1] - 28:21
**January** [1] - 50:11
**jeopardize** [1] - 9:2
**job** [1] - 37:17
**jobs** [1] - 35:15
**join** [2] - 31:11, 32:1
**judge** [1] - 27:11
**judgment** [8] - 9:12, 24:11, 24:14, 24:18, 33:15, 43:16, 44:11, 44:17
**July** [1] - 18:23
**June** [1] - 44:21

## K

**keep** [3] - 25:15, 26:9, 46:23
**kids** [1] - 22:4
**kind** [3] - 18:18, 18:19, 25:11
**kindness** [1] - 40:6
**knowing** [1] - 23:3
**known** [5] - 9:20, 20:18, 29:12, 29:23, 41:17
**knows** [1] - 24:4

## L

**labor** [1] - 41:5
**land** [11] - 15:16, 15:17, 15:18, 15:19, 15:22, 16:4, 16:6, 16:23, 26:8, 32:4, 32:6
**Lantz** [1] - 18:1
**large** [1] - 19:6
**largely** [1] - 32:19
**larger** [1] - 29:8
**largest** [1] - 29:23
**Las** [1] - 40:18
**last** [2] - 27:25, 40:7
**Latin** [1] - 8:19
**latter** [1] - 41:17
**lauded** [1] - 20:18
**Law** [1] - 1:12
**law** [6] - 24:1, 26:11, 35:2, 35:16, 39:10, 42:8
**law-abiding** [1] - 39:10
**lawful** [1] - 36:10
**lawyer** [1] - 25:20
**lays** [1] - 40:12
**leader** [9] - 5:16, 17:6, 17:10, 17:12, 17:19, 19:25, 20:11, 31:5, 38:25
**leader/organizer** [1] - 17:15
**leadership** [2] - 20:6, 39:2
**leading** [1] - 21:20
**learned** [2] - 26:25, 36:3
**learner** [1] - 37:3
**least** [4] - 18:7, 30:4, 40:9, 45:10
**leaves** [1] - 6:7
**led** [4] - 19:23, 20:13, 23:17, 31:15
**left** [2] - 35:14, 35:15
**legit** [1] - 37:17
**length** [2] - 4:2, 38:9
**less** [2] - 17:2, 38:18
**letter** [3] - 23:5, 27:15, 27:16
**letters** [15] - 6:18, 19:7, 19:12, 19:20, 20:17, 23:21, 27:7, 27:20, 33:11, 36:4, 39:21, 40:4, 41:2, 41:4, 41:13
**leukemia** [3] - 22:1, 22:2, 22:21
**level** [5] - 5:7, 5:18, 6:4, 6:7, 17:21
**levels** [9] - 14:21, 14:22, 14:24, 15:3, 17:18, 31:4, 31:5, 31:13, 32:2
**liability** [1] - 17:9
**license** [1] - 36:15
**life** [5] - 18:13, 19:16, 21:12, 24:3, 35:10
**life-threatening** [1] - 21:12
**lifelong** [1] - 19:15
**lifetime** [1] - 35:23
**likelihood** [2] - 32:22, 33:24
**limited** [1] - 21:18
**lining** [1] - 40:9
**liquidated** [1] - 26:21
**listen** [2] - 29:3, 29:4
**listened** [1] - 29:19
**listening** [1] - 15:13
**literature** [1] - 42:12
**live** [3] - 14:11, 25:5, 25:12
**lived** [1] - 29:20
**lives** [4] - 19:19, 20:22, 22:23, 37:2
**living** [2] - 22:25, 36:20
**loans** [1] - 21:4
**local** [2] - 19:11, 44:2
**location** [1] - 46:10
**logic** [1] - 38:16
**long-term** [1] - 37:15
**look** [4] - 13:24, 24:12, 39:17, 40:11
**looked** [1] - 12:8
**looking** [4] - 7:17, 28:17, 39:15, 41:8
**looks** [2] - 14:8, 22:23
**loss** [11] - 5:9, 7:6, 7:9, 9:25, 10:4, 10:6, 10:10, 10:23, 10:24, 12:14, 15:6
**lost** [2] - 22:9, 38:16
**love** [2] - 35:25, 36:8
**low** [1] - 44:8
**lower** [1] - 28:10
**luck** [1] - 49:6
**lungs** [1] - 21:13
**lured** [1] - 39:6
**lying** [2] - 38:17, 39:24

## M

**machine** [1] - 1:20
**made** [7] - 7:7, 8:21, 11:11, 25:20, 29:8, 31:22, 45:1
**magnitude** [3] - 16:18, 30:8, 30:16
**mail** [1] - 4:3
**mailing** [1] - 45:18
**make** [19] - 3:20, 13:7, 13:12, 14:22, 14:24, 20:22, 21:22, 21:23, 26:1, 27:9, 31:1, 31:25, 33:6, 33:7, 37:2, 37:20, 37:24, 44:24, 45:5
**makes** [1] - 21:3
**making** [4] - 20:7, 22:15, 22:17, 30:18
**man** [3] - 22:20, 24:17, 26:16
**mandatory** [3] - 2:22, 44:1, 44:7
**manner** [1] - 19:25
**Mark** [1] - 2:8
**MARK** [1] - 1:12
**market** [4] - 8:15, 9:3, 38:18, 38:19
**marketplace** [1] - 10:20
**markets** [1] - 16:20
**Marshal** [3] - 46:14, 46:23, 46:24
**Marshals** [1] - 46:8
**massive** [2] - 31:12, 38:9
**mastermind** [1] - 16:19
**matches** [1] - 14:18
**matter** [8] - 2:2, 2:4, 11:23, 15:1, 15:24, 16:13, 19:2, 26:14
**matters** [2] - 7:5, 11:7
**mean** [2] - 15:12, 33:3
**meaning** [1] - 8:19
**meaningful** [1] - 23:24
**meaningfully** [1] - 28:10
**means** [5] - 5:13, 16:2, 21:18, 33:3, 50:4
**measuring** [1] - 11:3
**media** [1] - 25:10
**meeting** [1] - 18:2
**member** [1] - 20:10
**members** [3] - 23:2, 35:19, 36:1
**memorandum** [3] - 6:16, 6:22, 7:11
**mend** [1] - 35:24
**mental** [2] - 18:19, 37:19
**mention** [1] - 38:5
**merchants** [1] - 35:6
**merit** [2] - 10:8, 10:9
**messages** [1] - 4:3
**met** [2] - 4:22, 41:18
**Methodist** [1] - 20:10
**middle** [2] - 30:21, 43:15
**military** [1] - 28:16
**million** [9] - 10:5, 10:12, 24:6, 24:14, 30:12, 30:13, 31:12
**mind** [2] - 14:9, 25:16
**mine** [2] - 28:3, 37:23
**minimize** [1] - 27:9
**minute** [1] - 25:23
**mission** [1] - 20:13
**Mississippi** [1] - 20:15
**Missouri** [4] - 19:21, 25:11, 31:23, 46:8
**mitigating** [4] - 39:17, 42:21, 43:2, 43:10
**Moines** [1] - 1:13
**moment** [2] - 15:1, 17:24
**monetary** [1] - 15:6
**money** [15] - 12:18, 14:11, 19:18, 20:4, 30:10, 31:22, 31:25, 39:22, 40:2, 40:8, 40:10, 40:17, 41:3, 41:7, 41:10
**monthly** [2] - 45:5, 45:8
**months** [6] - 11:18, 14:25, 15:4, 27:21, 43:19, 47:18
**months'** [2] - 6:8, 6:9
**moon** [1] - 29:2
**moral** [2] - 10:25, 41:24
**MORFITT** [1] - 1:10
**Morfitt** [1] - 2:7
**morning** [10] - 7:6, 11:8, 13:8, 13:10, 13:21, 14:16, 30:8, 30:25, 33:16, 41:14
**most** [6] - 21:17, 27:17, 27:18, 34:19, 37:23, 41:18
**mot** [1] - 37:11
**mother** [2] - 20:25, 21:9
**motion** [11] - 6:19, 7:8, 11:5, 11:6, 11:10, 11:19, 11:21, 11:24, 12:24, 13:8, 27:22
**motions** [2] - 6:21, 14:15
**motivation** [2] - 37:8, 37:11
**motivations** [1] - 30:20
**motors** [2] - 27:1, 36:18
**move** [3] - 21:5, 21:6, 33:16
**moved** [1] - 39:25
**moves** [1] - 6:1
**MR** [22] - 3:3, 3:7, 3:12, 3:16, 3:22, 6:1, 6:25, 7:2, 12:2, 12:20, 12:25, 13:3, 29:18, 45:24, 46:2, 46:17, 47:10, 47:23, 48:7, 48:10, 49:9, 49:12
**multimillion** [1] - 28:23
**multiple** [2] - 4:3, 28:21
**Murray** [5] - 1:19, 1:23, 50:2, 50:12, 50:13
**must** [14] - 2:22, 43:25, 44:1,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 56 of 61

44:2, 44:3, 44:4, 44:9, 44:19, 45:1, 45:5, 45:12, 45:16, 46:20, 46:23
  **Myhlhousen** [3] - 2:9, 4:7, 47:20

## N

  **nature** [5] - 7:25, 15:9, 17:5, 38:7, 41:20
  **navigate** [1] - 36:22
  **NDIA** [1] - 50:13
  **Nebraska** [4] - 14:23, 17:1, 30:13, 31:3
  **necessarily** [2] - 9:7, 10:10
  **necessary** [3] - 29:13, 38:2, 42:4
  **need** [8] - 8:25, 11:9, 12:1, 21:8, 25:25, 29:13, 34:1, 37:12
  **needed** [1] - 8:12
  **needs** [9] - 23:23, 24:3, 25:18, 26:4, 26:18, 27:25, 28:18, 30:19, 43:22
  **negative** [1] - 24:6
  **net** [2] - 7:23, 24:5
  **never** [2] - 21:1, 25:22
  **nevertheless** [1] - 36:14
  **new** [3] - 11:17, 20:24, 37:9
  **next** [3] - 29:22, 48:19, 48:20
  **nine** [1] - 24:18
  **nine-figure** [1] - 24:18
  **nonagricultural** [1] - 37:16
  **noninstitution** [1] - 45:9
  **NORTHERN** [1] - 1:1
  **Northern** [3] - 45:2, 45:17, 48:18
  **note** [14] - 7:12, 7:13, 7:16, 7:25, 8:2, 8:6, 8:9, 9:14, 12:6, 33:12, 33:15, 40:5, 41:1, 44:16
  **noted** [6] - 3:17, 4:8, 12:8, 12:10, 14:16, 39:6
  **nothing** [5] - 3:17, 9:14, 41:10, 49:9, 49:12
  **notice** [2] - 48:17, 48:20
  **notified** [2] - 46:14, 46:22
  **notify** [1] - 45:16
  **nowadays** [1] - 22:4
  **Number** [1] - 2:4
  **number** [15] - 2:11, 5:11, 6:14, 6:16, 6:17, 6:18, 6:20, 6:21, 7:3, 11:9, 19:6, 27:5, 39:16, 44:21, 46:24
  **numbering** [1] - 19:11
  **numerous** [1] - 19:24

## O

  **object** [1] - 17:14

  **objections** [6] - 3:5, 3:14, 3:16, 3:23, 4:5, 4:8
  **obligations** [3] - 45:4, 45:11, 45:19
  **obtained** [2] - 22:7, 36:14
  **occasion** [1] - 3:25
  **occur** [1] - 9:21
  **occurred** [1] - 43:4
  **occurring** [1] - 31:6
  **occurs** [2] - 39:12, 45:18
  **OF** [2] - 1:1, 1:3
  **offense** [18] - 5:7, 5:12, 5:15, 5:18, 6:4, 6:6, 13:21, 14:9, 15:9, 15:10, 17:5, 18:5, 23:25, 31:8, 38:8, 38:25, 42:19, 42:20
  **offenses** [2] - 18:16, 28:24
  **Office** [4] - 1:10, 5:20, 45:14, 47:4
  **office** [1] - 17:25
  **Officer** [2] - 2:9, 47:20
  **officer** [2] - 3:17, 44:6
  **OFFICER** [1] - 47:21
  **official** [1] - 9:13
  **old** [1] - 26:14
  **older** [3] - 22:16, 22:17
  **omnibus** [5] - 7:5, 11:7, 13:8, 29:20, 30:25
  **once** [3] - 16:14, 19:20, 37:20
  **one** [16] - 2:13, 3:25, 13:24, 15:23, 20:24, 21:10, 21:22, 29:7, 29:8, 30:2, 33:21, 40:4, 46:5, 48:10, 48:12
  **one-count** [1] - 2:13
  **ones** [1] - 6:14
  **open** [3] - 2:1, 11:16, 21:11
  **open-heart** [1] - 21:11
  **opening** [1] - 6:15
  **operated** [1] - 37:6
  **operator** [1] - 26:25
  **opportunities** [1] - 37:4
  **opportunity** [8] - 3:1, 3:10, 17:1, 17:3, 34:9, 37:9, 37:23, 46:15
  **option** [4] - 2:19, 46:7, 46:12, 46:18
  **options** [1] - 46:4
  **ordeal** [1] - 21:15
  **order** [6] - 19:18, 25:25, 26:1, 26:5, 44:11, 44:20
  **ordered** [3] - 44:14, 44:24, 45:4
  **Ordered** [1] - 1:21
  **organic** [18] - 9:11, 15:15, 15:16, 15:20, 16:7, 24:22, 26:2, 29:23, 32:4, 32:6, 35:5, 35:7, 38:13, 38:18, 39:19
  **organized** [1] - 20:2
  **organizer** [6] - 5:16, 17:7, 17:10, 17:12, 17:20, 38:25

  **otherwise** [1] - 39:10
  **outlines** [1] - 7:11
  **outstanding** [3] - 3:5, 3:14, 11:25
  **over-a-hundred-million-dollar** [1] - 31:12
  **overstating** [1] - 13:21
  **owe** [2] - 35:16, 45:11
  **owed** [3] - 12:18, 12:19, 45:5
  **own** [9] - 4:13, 20:20, 21:4, 21:7, 31:22, 36:24, 37:12, 41:5, 41:10

## P

  **p.m** [2] - 1:18, 49:16
  **package** [1] - 21:19
  **page** [1] - 5:6
  **pages** [4] - 6:17, 23:21, 40:4, 41:13
  **paid** [6] - 9:23, 20:2, 40:15, 40:16, 44:17
  **pain** [1] - 35:20
  **pairing** [1] - 15:21
  **Pam** [3] - 23:2, 25:5
  **paragon** [1] - 39:21
  **paragraph** [9] - 4:2, 5:8, 5:10, 5:11, 5:12, 5:15, 12:10, 16:24
  **paragraphs** [1] - 44:12
  **parole** [1] - 2:16
  **part** [4] - 4:8, 32:10, 33:8, 41:7
  **participants** [1] - 5:17
  **participate** [1] - 36:11
  **particular** [6] - 9:6, 9:9, 9:16, 38:23, 39:14, 48:6
  **particularly** [2] - 10:4, 20:12
  **parties** [4] - 12:9, 12:11, 50:8, 50:9
  **parties'** [1] - 6:12
  **partner** [1] - 17:25
  **parts** [1] - 20:14
  **passed** [1] - 36:7
  **past** [1] - 40:1
  **patience** [2] - 19:9, 19:10
  **patient** [1] - 22:22
  **Patrice** [5] - 1:19, 1:23, 50:2, 50:12, 50:13
  **pay** [5] - 24:12, 44:14, 44:22, 45:12, 45:20
  **payable** [1] - 44:25
  **payment** [3] - 33:14, 45:1, 45:15
  **payments** [2] - 45:6, 45:8
  **pays** [2] - 22:7, 24:17
  **peddle** [1] - 8:17
  **peers** [1] - 22:3
  **pending** [2] - 11:10, 11:19
  **people** [53] - 10:5, 10:19, 14:4, 14:11, 18:7, 19:17,

19:19, 19:22, 20:16, 20:18, 20:19, 20:20, 20:21, 20:23, 21:5, 21:8, 21:9, 21:17, 21:19, 21:24, 22:11, 22:14, 22:23, 23:5, 23:8, 26:1, 27:6, 27:12, 27:13, 27:17, 30:17, 31:10, 31:17, 32:13, 32:16, 32:24, 33:4, 33:5, 34:1, 35:3, 35:5, 35:12, 35:25, 39:5, 39:22, 39:23, 40:24, 41:12, 41:16, 41:18
  **people's** [1] - 40:17
  **per** [1] - 45:10
  **perceive** [1] - 18:3
  **perceived** [2] - 32:14, 33:23
  **percent** [1] - 45:8
  **performed** [1] - 36:15
  **perhaps** [2] - 12:10, 33:24
  **period** [1] - 38:10
  **perpetrated** [1] - 38:10
  **person** [8] - 3:25, 16:2, 20:22, 23:6, 25:8, 40:22, 40:23, 40:24
  **personal** [1] - 30:23
  **personally** [2] - 2:7, 36:19
  **persuade** [1] - 33:4
  **pertinent** [1] - 6:24
  **phenomenon** [1] - 17:15
  **phone** [4] - 22:3, 22:6, 22:22, 46:24
  **phrase** [1] - 8:19
  **piece** [1] - 15:22
  **pillar** [2] - 19:21, 25:7
  **place** [4] - 2:18, 27:17, 50:3, 50:6
  **placed** [4] - 32:9, 32:24, 38:22, 43:23
  **places** [2] - 16:23, 21:10
  **plain** [1] - 13:9
  **plainly** [1] - 17:6
  **Plaintiff** [1] - 1:4
  **plan** [2] - 36:24, 37:13
  **plans** [1] - 37:16
  **plea** [6] - 5:24, 12:9, 12:16, 17:16, 24:24, 48:3
  **pleaded** [1] - 19:1
  **pleadings** [2] - 6:13, 6:24
  **pled** [2] - 2:12, 5:19
  **plucking** [2] - 14:11, 14:12
  **point** [5] - 11:11, 15:5, 17:13, 28:13, 32:21
  **pointed** [1] - 17:11
  **pointless** [1] - 24:8
  **points** [1] - 31:1
  **policy** [2] - 8:6, 8:8
  **Ponzi** [1] - 14:3
  **portion** [3] - 26:7, 45:11, 45:19
  **pose** [1] - 44:8
  **position** [2] - 5:22, 45:25
  **positive** [2] - 36:10, 39:23

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 57 of 61

**positively** [1] - 35:10
**positivity** [1] - 37:19
**possess** [1] - 44:3
**possibility** [1] - 2:16
**possibly** [1] - 16:8
**Potter** [1] - 28:21
**powerful** [1] - 25:16
**practical** [1] - 19:2
**preliminary** [1] - 44:20
**preparation** [2] - 3:24, 6:10
**prepare** [1] - 37:14
**present** [2] - 2:8, 2:11
**presentation** [1] - 25:19
**presentence** [8] - 2:10, 3:1, 3:10, 3:24, 4:11, 6:11, 16:24, 44:13
**president** [1] - 19:23
**prevalence** [1] - 28:3
**prevent** [1] - 26:5
**previously** [2] - 14:21, 47:5
**print** [1] - 50:4
**prison** [14] - 2:16, 2:17, 25:19, 25:24, 26:12, 26:16, 29:12, 36:23, 37:4, 37:15, 39:10, 39:12
**Prisons** [10] - 29:11, 43:18, 43:20, 45:6, 46:11, 46:13, 46:14, 46:22, 46:25, 47:6
**private** [1] - 15:2
**privilege** [1] - 46:20
**Probation** [5] - 2:9, 5:19, 12:5, 45:13, 47:4
**probation** [4] - 2:19, 2:20, 3:17, 44:6
**PROBATION** [1] - 47:21
**problem** [1] - 7:20
**problems** [2] - 18:20, 19:5
**proceed** [1] - 11:20
**proceeding** [1] - 33:19
**proceedings** [3] - 2:1, 50:4, 50:6
**Proceedings** [1] - 49:16
**process** [5] - 15:21, 19:10, 21:3, 32:4, 32:5
**produce** [1] - 15:3
**product** [2] - 4:9, 8:23
**products** [6] - 9:23, 9:24, 35:5, 35:7, 38:13, 38:18
**Program** [1] - 45:7
**programs** [3] - 25:1, 37:4, 37:14
**promote** [1] - 24:1
**property** [1] - 44:19
**proportion** [2] - 28:19, 28:22
**proportional** [2] - 29:6, 29:9
**proportionate** [1] - 10:6
**prosecuted** [1] - 23:10
**prosecutor** [1] - 27:11
**proud** [1] - 37:20
**provide** [2] - 24:1, 37:8
**provision** [1] - 10:16

**proximity** [1] - 43:20
**psyche** [1] - 26:7
**public** [4] - 9:17, 21:18, 38:13, 40:15
**public's** [1] - 26:1
**publicly** [1] - 23:24
**punishable** [1] - 2:15
**punished** [1] - 25:17
**punishes** [1] - 10:5
**punishment** [3] - 24:1, 33:9, 34:25
**purchases** [1] - 31:17
**purportedly** [1] - 8:23
**purposes** [4] - 11:1, 12:15, 13:6, 42:14
**pursuant** [1] - 45:14
**pursue** [1] - 45:14
**put** [2] - 21:7, 25:14
**putting** [1] - 20:4
**puzzle** [2] - 23:18, 23:19

## Q

**quality** [1] - 36:25
**quantity** [1] - 37:1
**quarter** [2] - 30:10, 33:25, 45:10
**questions** [3] - 4:23, 5:1, 49:3
**quietly** [1] - 20:6

## R

**ranchers** [1] - 35:7
**RANDY** [1] - 1:6
**Randy** [10] - 2:3, 18:4, 20:3, 22:4, 22:24, 23:1, 25:21, 29:11, 39:18, 40:8
**Randy's** [1] - 24:3
**range** [9] - 6:8, 11:18, 13:18, 30:21, 30:22, 34:5, 43:9, 43:13, 43:15
**ranges** [1] - 28:4
**Rapids** [5] - 1:11, 1:18, 1:24, 48:18, 50:14
**rational** [1] - 29:9
**reach** [1] - 42:17
**reached** [2] - 12:9, 16:17
**reaction** [1] - 42:8
**read** [5] - 4:13, 21:9, 21:25, 33:18, 40:3
**reading** [2] - 15:13, 41:1
**real** [2] - 23:18, 41:6
**realistic** [1] - 29:1
**realized** [1] - 16:10
**really** [3] - 15:10, 16:1, 27:17
**reason** [2] - 16:21, 25:15
**reasonable** [1] - 29:6
**reasonably** [2] - 28:19, 28:22

**reasoning** [1] - 7:11
**reasons** [1] - 25:13
**rebuild** [4] - 20:16, 35:24, 36:10, 37:18
**receive** [3] - 5:23, 22:1, 31:4
**received** [3] - 7:23, 17:14, 33:13
**recent** [1] - 22:11
**recently** [1] - 22:9
**recognize** [8] - 8:6, 31:3, 32:23, 35:23, 37:21, 38:14, 41:20, 42:20
**recognized** [1] - 39:7
**recommendation** [2] - 24:8, 28:25, 43:14
**recommended** [1] - 43:19
**record** [4] - 3:20, 13:6, 16:22, 50:6
**reduced** [1] - 50:4
**reduction** [3] - 5:20, 5:24, 6:3
**redundant** [1] - 30:7
**reference** [2] - 28:13, 36:4
**reflect** [6] - 10:11, 10:16, 23:25, 39:2, 42:18, 44:18
**reflected** [10] - 5:14, 9:25, 10:18, 39:4, 39:20, 39:25, 40:19, 40:21, 41:12, 41:25
**reflecting** [1] - 41:9
**reflection** [1] - 41:6
**reflects** [2] - 8:20, 41:4
**refrain** [1] - 44:3
**refrigeration** [1] - 36:18
**regard** [1] - 46:16
**regarding** [7] - 5:23, 7:9, 8:5, 17:5, 46:1, 47:11
**regards** [2] - 32:20, 33:11
**regret** [1] - 35:1
**regular** [1] - 40:17
**regulations** [1] - 26:2
**regulator's** [1] - 32:12
**regulatory** [4] - 8:12, 9:6, 9:15, 32:8
**rehabilitate** [2] - 26:20, 27:23
**rehabilitation** [4] - 26:18, 27:4, 36:13, 37:12
**reinvent** [1] - 25:2
**reiterate** [3] - 30:24, 33:15
**rejected** [1] - 13:20
**rekindling** [1] - 36:12
**related** [1] - 50:7
**relation** [2] - 7:8, 8:11
**relationships** [1] - 36:12
**relative** [2] - 13:25, 50:8
**relatively** [1] - 26:23
**release** [6] - 2:18, 43:23, 43:24, 43:25, 45:12, 47:3
**relevant** [3] - 6:23, 15:4, 33:18
**reliability** [1] - 10:21

**relies** [1] - 32:19
**religious** [1] - 20:9
**remain** [3] - 4:16, 45:19, 47:3
**remember** [1] - 48:3
**remorse** [2] - 36:7, 42:21
**remove** [1] - 21:12
**repeatedly** [1] - 41:3
**report** [18] - 2:10, 3:2, 3:6, 3:11, 3:15, 3:21, 3:25, 4:11, 4:13, 4:19, 4:24, 5:2, 5:6, 6:12, 16:24, 44:13, 47:1
**reported** [4] - 1:19, 46:25, 47:5, 50:3
**Reporter** [2] - 1:20, 50:2
**reprehensible** [1] - 16:16
**represent** [1] - 48:24
**representations** [1] - 8:21
**represented** [3] - 2:6, 2:8, 23:8
**reputation** [1] - 10:21
**request** [2] - 46:2, 46:16
**requirement** [1] - 45:21
**requires** [1] - 3:18
**residence** [2] - 21:7, 45:18
**resist** [1] - 16:21
**resistance** [1] - 6:20
**resources** [1] - 45:10
**respect** [1] - 24:1
**respectfully** [2] - 31:5, 37:23
**responded** [1] - 26:10
**Responsibility** [1] - 45:7
**responsibility** [5] - 5:21, 6:3, 17:21, 34:24
**responsible** [1] - 46:9
**restitution** [10] - 2:23, 12:3, 12:4, 12:5, 12:6, 12:11, 12:15, 12:18, 33:12, 44:24
**result** [4] - 22:10, 30:1, 31:4, 35:22
**resulting** [2] - 31:16, 33:24
**retained** [1] - 18:24
**retired** [1] - 25:6
**reurging** [1] - 13:7
**revealing** [1] - 19:12
**review** [2] - 3:1, 3:10
**reviewed** [2] - 6:11, 6:12
**rights** [3] - 47:8, 47:25, 48:25
**ripped** [1] - 21:3
**ripple** [2] - 38:20, 39:13
**risk** [1] - 44:8
**risks** [1] - 22:18
**RMR** [2] - 1:23, 50:13
**road** [1] - 27:4
**role** [4] - 5:15, 38:23, 38:25, 39:2
**room** [1] - 22:6
**RPR** [2] - 1:23, 50:13
**Rube** [1] - 16:19
**rule** [1] - 19:11
**rules** [2] - 26:2, 32:13

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 58 of 61

## S

**S.E** [4] - 1:10, 1:18, 1:24, 50:14
**saddled** [2] - 24:10, 24:13
**salaries** [1] - 40:15
**sample** [1] - 44:5
**San** [1] - 21:10
**Santa** [3] - 21:17, 21:19, 21:22
**sat** [2] - 17:24, 29:19
**savvy** [1] - 33:6
**saw** [3] - 31:8, 31:20, 32:14
**saws** [1] - 22:18
**scale** [3] - 14:17, 14:18, 14:20
**scenes** [2] - 19:25, 20:3
**schedule** [1] - 45:15
**scheme** [6] - 9:6, 9:16, 14:3, 16:19, 39:6, 39:9
**school** [2] - 19:22, 22:21
**Schunk** [13] - 2:7, 2:25, 5:22, 6:23, 11:25, 12:24, 29:17, 34:7, 45:22, 47:7, 47:14, 48:5, 49:11
**SCHUNK** [14] - 1:10, 3:3, 3:7, 6:1, 6:25, 12:2, 12:25, 29:18, 45:24, 46:2, 47:10, 48:7, 48:10, 49:12
**Schunk's** [1] - 40:18
**sealed** [1] - 11:14
**seated** [1] - 4:16
**second** [3] - 15:8, 22:5, 46:7
**Secret** [3] - 21:16, 21:19, 21:22
**secret** [1] - 21:22
**section** [4] - 5:14, 5:21, 5:25, 7:16
**Section** [4] - 2:15, 38:4, 43:8, 47:16
**security** [1] - 43:21
**see** [3] - 24:5, 26:9, 48:10
**seek** [1] - 36:10
**seeking** [1] - 13:4
**self** [2] - 46:12, 46:20
**self-surrender** [2] - 46:12, 46:20
**selfish** [2] - 30:19, 40:9
**selfishness** [1] - 40:13
**sellers** [1] - 8:22
**selling** [1] - 38:17
**Senior** [1] - 2:9
**sense** [1] - 32:9
**sentence** [33] - 2:17, 11:2, 23:24, 23:25, 25:19, 25:24, 26:4, 28:1, 29:6, 29:9, 29:11, 30:20, 34:3, 34:4, 34:11, 38:1, 41:25, 42:3, 42:18, 43:8, 43:12, 43:15, 46:11, 46:21, 47:1, 47:6, 47:13, 47:18, 48:1, 48:2, 48:13, 48:14, 48:21

**sentenced** [4] - 14:21, 14:24, 24:21, 39:9
**sentences** [3] - 28:10, 42:13
**sentencing** [14] - 2:5, 2:24, 6:16, 6:22, 6:24, 11:17, 12:1, 17:11, 18:6, 18:14, 38:3, 40:3, 41:15, 42:3
**SENTENCING** [1] - 1:15
**sentencings** [3] - 16:25, 27:11, 29:20
**separated** [1] - 4:1
**sequence** [1] - 13:15
**serious** [1] - 42:19
**seriously** [1] - 35:1
**seriousness** [3] - 13:21, 23:25, 42:19
**servants** [1] - 21:18
**serve** [3] - 46:11, 46:25, 47:6
**served** [1] - 2:17
**service** [3] - 8:23, 28:16, 46:21
**services** [3] - 8:18, 8:22, 48:23
**set** [8] - 5:5, 12:5, 37:19, 38:3, 44:11, 44:12, 44:20, 50:10
**sets** [1] - 37:9
**seven** [1] - 19:23
**Seventh** [4] - 1:10, 1:17, 1:24, 50:14
**severe** [3] - 33:9, 42:13, 42:15
**severity** [1] - 14:9
**shame** [2] - 25:9, 25:11
**shield** [2] - 8:13, 9:2
**shipment** [1] - 15:21
**shock** [1] - 26:13
**shocking** [1] - 18:5
**short** [1] - 37:15
**short-term** [1] - 37:15
**Shorthand** [2] - 1:19, 50:2
**shorthand** [2] - 1:20, 50:4
**show** [1] - 28:3
**shows** [2] - 22:5, 40:22
**sic** [2] - 19:10, 22:2
**sidebar** [2] - 11:13, 11:14
**significant** [7] - 7:19, 9:22, 33:10, 39:14, 41:5, 42:12, 42:13
**silver** [1] - 40:9
**similar** [1] - 42:10
**similarly** [3] - 28:2, 29:25, 30:16
**simple** [6] - 15:11, 16:10, 18:15, 26:24, 38:16
**simpler** [1] - 16:20
**simplifying** [1] - 36:20
**simply** [5] - 16:13, 17:13, 38:22, 41:3, 41:7
**sincere** [1] - 42:21
**single** [1] - 40:4

**sit** [2] - 29:22, 34:18
**situated** [3] - 28:2, 29:25, 30:16
**situation** [3] - 13:16, 18:9, 28:15
**skepticism** [1] - 8:20
**skill** [2] - 37:9, 37:19
**skills** [2] - 4:12, 37:17
**small** [1] - 25:5
**sold** [3] - 9:1, 15:17, 26:22
**someone** [1] - 33:2
**sometimes** [1] - 36:6
**somewhat** [2] - 39:18, 41:22
**sophisticated** [1] - 5:13
**sorry** [1] - 48:3
**sort** [4] - 13:25, 18:20, 18:21, 27:2
**sorts** [3] - 14:1, 24:24, 31:2
**sought** [1] - 24:7
**soul** [1] - 26:12
**special** [4] - 2:22, 44:11, 44:15, 44:16
**specific** [5] - 13:20, 13:22, 14:15, 30:23, 42:7
**specifically** [2] - 12:4, 13:11
**speeding** [1] - 18:18
**spend** [1] - 41:3
**spending** [1] - 41:8
**spent** [2] - 26:19, 30:10
**stage** [1] - 3:23
**stand** [2] - 34:18, 34:21
**standard** [1] - 44:10
**start** [1] - 16:12
**started** [1] - 33:21
**starts** [1] - 46:6
**state** [2] - 18:17, 44:2
**State** [1] - 50:2
**statement** [1] - 37:24
**STATES** [2] - 1:1, 1:3
**states** [1] - 36:18
**States** [30] - 1:11, 1:23, 2:3, 2:5, 2:6, 2:9, 2:15, 2:25, 6:1, 8:14, 8:16, 8:24, 9:4, 33:13, 38:4, 43:8, 44:14, 44:19, 44:25, 45:2, 45:13, 45:16, 46:14, 46:23, 47:4, 47:9, 47:16, 49:12, 50:13
**stealing** [1] - 38:17
**step** [1] - 27:21
**still** [4] - 14:5, 28:23, 45:4, 45:11
**stipulated** [2] - 12:11, 12:20
**stipulation** [2] - 12:16, 40:11
**stipulations** [1] - 33:17
**stolen** [1] - 40:8
**stood** [1] - 23:3
**stopped** [1] - 31:23
**store** [1] - 32:5
**stratosphere** [1] - 25:25
**stretch** [1] - 30:2
**strive** [1] - 37:3

**strong** [2] - 20:9, 20:10
**struck** [1] - 20:12
**structures** [1] - 36:17
**struggle** [1] - 23:10
**stuff** [4] - 18:16, 30:11, 31:18, 34:1
**stunning** [2] - 18:11, 29:21
**subject** [1] - 47:2
**submit** [1] - 16:1
**submitted** [1] - 19:6
**substance** [4] - 18:19, 44:3, 44:4, 44:9
**substantial** [1] - 28:20
**substitute** [1] - 9:12
**success** [1] - 35:14
**suffering** [1] - 7:19
**sufficient** [4] - 4:19, 12:14, 38:1, 39:1, 42:4, 43:2
**suggest** [4] - 4:3, 28:11, 29:9, 42:9
**suggestion** [1] - 28:25
**suggests** [2] - 7:13, 7:17
**Suite** [1] - 1:13
**summary** [1] - 7:12
**supervised** [3] - 2:18, 43:24, 43:25
**supervision** [7] - 18:25, 19:1, 19:5, 44:10, 45:13, 47:3, 50:5
**supplemental** [1] - 6:22
**support** [9] - 6:18, 16:22, 27:7, 33:11, 36:8, 40:4, 41:2, 41:13, 42:12
**supporting** [2] - 23:4, 39:22
**supportive** [1] - 36:3
**surface** [3] - 39:17, 39:20, 39:23
**surgery** [1] - 21:12
**surrender** [5] - 46:5, 46:7, 46:12, 46:20, 46:21
**suspend** [1] - 44:7
**swindlers** [1] - 9:1
**swing** [2] - 15:3, 17:19
**sworn** [1] - 24:25
**system** [7] - 26:13, 32:8, 32:10, 32:19, 33:7, 33:22, 35:8

## T

**tables** [1] - 14:13
**tail** [1] - 15:6
**talents** [1] - 37:5
**talk** [11] - 13:15, 17:4, 17:23, 18:4, 18:12, 18:13, 27:13, 27:24, 32:21, 46:3, 47:25
**talked** [2] - 27:13, 30:7, 30:25
**talking** [3] - 30:9, 33:1, 40:19
**teaching** [1] - 25:6
**teenager** [1] - 21:25

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR    Document 46    Filed 01/31/20    Page 59 of 61

teens [1] - 23:15
telemarketing [1] - 14:2
telephone [1] - 4:2
tell [2] - 19:13, 19:14, 27:16, 34:9
tells [1] - 38:16
term [5] - 2:20, 37:15, 43:18, 43:24
terms [2] - 19:16, 47:4
terribly [1] - 39:25
testimony [1] - 38:14
testing [1] - 44:7
THE [50] - 1:1, 1:1, 1:16, 2:2, 3:4, 3:8, 3:13, 3:19, 4:10, 4:15, 4:16, 4:17, 4:18, 4:21, 4:22, 4:25, 5:1, 5:3, 5:4, 6:2, 7:1, 7:3, 11:17, 12:8, 12:22, 13:1, 29:16, 34:7, 34:16, 34:17, 34:18, 34:19, 34:21, 34:22, 34:23, 37:25, 45:25, 46:3, 46:19, 47:14, 47:22, 47:24, 48:9, 48:11, 49:2, 49:3, 49:5, 49:6, 49:11, 49:14
themselves [2] - 27:23, 35:14
theoretically [1] - 18:6
therefore [1] - 15:19
thinking [4] - 29:22, 48:6, 48:7, 48:11
third [3] - 26:9, 46:12, 46:18
thoughtfulness [1] - 41:11
thousands [8] - 9:22, 30:3, 30:4, 31:16, 31:17, 38:11
threatening [1] - 21:12
three [2] - 27:21, 46:4
throughout [4] - 19:16, 20:17, 21:14, 41:4
tickets [1] - 18:18
tied [1] - 10:1
timely [1] - 5:24
Title [4] - 2:14, 38:4, 43:7, 47:16
today [20] - 5:1, 14:21, 15:8, 15:13, 18:1, 23:1, 23:4, 23:21, 24:21, 25:8, 25:20, 29:4, 29:19, 34:24, 38:6, 39:9, 40:12, 43:12, 46:6, 49:4
today's [3] - 4:6, 6:10, 33:18
Todd [1] - 17:25
together [1] - 18:2
Tom [4] - 25:20, 25:21, 28:15, 31:25
Tony [1] - 2:7
took [3] - 15:2, 40:15, 40:17
top [2] - 34:4, 43:15
total [3] - 6:4, 6:6, 7:17
touched [1] - 22:22
toward [1] - 33:14
towards [1] - 27:22
town [2] - 20:25, 40:7
transcript [1] - 50:5

Transcript [2] - 1:21, 1:21
transcription [1] - 50:5
transgression [1] - 19:4
transparent [1] - 37:18
transporting [1] - 46:10
travel [2] - 21:7, 21:14
traveled [1] - 36:17
travels [1] - 27:1
treasured [1] - 35:18
trees [1] - 22:15
tremendous [1] - 20:8
tried [1] - 21:23
trips [3] - 20:13, 40:16, 40:17
trouble [2] - 27:14, 35:16
truck [1] - 21:5
true [5] - 25:21, 33:1, 42:22, 50:5
truly [2] - 14:18, 21:22
trust [11] - 8:17, 8:25, 32:9, 32:11, 32:24, 33:8, 35:8, 35:9, 35:21, 35:24, 36:10
trusted [2] - 35:5, 35:13
try [3] - 16:19, 20:16, 29:5
trying [5] - 19:17, 20:6, 20:22, 23:7, 26:20, 27:19, 27:22, 29:1, 29:2, 29:3, 40:8, 41:23, 43:1
turn [4] - 4:4, 5:4, 11:24, 12:23
turning [1] - 38:7
twice [2] - 16:14, 26:8
two [8] - 18:16, 18:17, 19:23, 21:10, 26:19, 27:20, 28:18, 30:9
types [1] - 33:11

U

U.S [1] - 1:10
ultimate [2] - 7:22, 9:20
ultimately [3] - 4:7, 42:17, 43:5
uncertain [1] - 36:21
undeniably [1] - 33:1
under [12] - 5:14, 5:21, 5:25, 7:10, 8:2, 10:3, 11:2, 18:25, 19:1, 47:3, 47:4, 50:5
understood [1] - 13:13
unelected [1] - 9:13
unflagging [1] - 19:15
unindicted [2] - 16:10, 17:7
UNITED [2] - 1:1, 1:3
United [31] - 1:11, 1:23, 2:3, 2:5, 2:6, 2:9, 2:14, 2:25, 6:1, 8:14, 8:16, 8:24, 9:4, 20:10, 33:13, 38:4, 43:8, 44:14, 44:19, 44:25, 45:2, 45:13, 45:16, 46:14, 46:23, 47:3, 47:9, 47:16, 49:12, 50:13
unknown [1] - 36:22
unlawful [1] - 44:4

unlawfully [1] - 44:2
unnecessary [1] - 22:18
unpaid [2] - 22:13, 45:19
unwed [1] - 20:24
up [18] - 2:15, 2:19, 2:21, 7:5, 10:4, 11:7, 11:9, 14:4, 15:2, 17:8, 17:18, 21:20, 22:5, 23:15, 28:11, 29:5, 42:15, 48:21
upper [1] - 28:4
uprooting [1] - 22:14
upward [2] - 5:8, 17:21
US [1] - 46:7
USC [1] - 13:6
USDA [5] - 12:3, 12:5, 12:12, 12:18, 12:19
use [4] - 5:13, 26:8, 42:24, 44:4
used [2] - 29:5, 37:6
users [1] - 8:4
using [2] - 1:20, 16:13

V

vacations [1] - 40:16
value [3] - 26:23, 38:18, 38:22
variance [19] - 6:19, 7:7, 7:9, 8:5, 11:4, 11:5, 11:10, 11:19, 11:24, 12:24, 13:4, 13:17, 13:22, 17:21, 33:10, 34:3, 43:3, 43:5
variances [2] - 28:4, 28:5
variety [1] - 13:4
various [3] - 20:11, 20:23, 33:17
vary [4] - 8:7, 9:17, 9:19, 28:10
Vegas [1] - 40:18
versus [2] - 2:3, 14:1
vetted [1] - 8:23
victim [2] - 7:18, 45:3
victims [5] - 5:11, 7:18, 7:22, 10:2, 38:11
view [1] - 12:13
violated [3] - 32:11, 33:8, 35:8
violation [1] - 2:14
violence [1] - 42:24
violent [1] - 18:20
virtue [1] - 39:21
vocational [1] - 37:14
vocationally [1] - 36:13
voluminous [1] - 6:13
volunteer [1] - 37:5
VS [1] - 1:5

W

wagging [1] - 15:6

waive [1] - 45:21
waiver [1] - 48:5
walk [2] - 25:4, 25:6
want [15] - 9:24, 13:6, 15:10, 17:4, 18:12, 30:7, 30:11, 31:1, 31:18, 31:19, 34:2, 34:12, 35:3, 35:18, 36:11
wanted [5] - 13:12, 21:21, 30:6, 31:24, 35:10
wants [2] - 33:5, 33:6
warrant [1] - 43:12
warranted [3] - 30:22, 33:10
warts [1] - 23:3
watching [1] - 19:2
ways [4] - 10:13, 25:16, 39:3, 39:18
weakness [1] - 31:20, 32:14
wedding [1] - 23:1
weeks [1] - 21:4
WEINHARDT [10] - 1:12, 3:12, 3:16, 3:22, 7:2, 12:20, 13:3, 46:17, 47:23, 49:9
Weinhardt [15] - 1:12, 2:8, 3:8, 3:19, 4:10, 4:22, 7:1, 11:20, 12:17, 13:1, 29:16, 42:6, 46:15, 47:22, 49:7
Western [1] - 46:8
whatsoever [1] - 25:1
WHEREOF [1] - 50:10
white [1] - 29:7
white-collar [1] - 29:7
whole [1] - 23:10
wide [1] - 27:5
wife [2] - 23:2, 35:18
Williams [1] - 50:3
WILLIAMS [1] - 1:16
willing [1] - 27:12
wind [1] - 14:4
wire [1] - 2:14
wise [1] - 33:4
wish [1] - 26:15
wishes [1] - 11:23
WITNESS [1] - 50:10
wonder [2] - 40:5, 40:7
words [2] - 13:9, 32:18
work [9] - 19:15, 20:5, 22:13, 27:2, 31:8, 33:7, 36:11, 37:9, 37:12
worked [3] - 3:23, 18:2, 35:13
working [6] - 20:3, 22:10, 22:12, 26:19, 26:23, 27:21
world [1] - 35:10
worth [2] - 24:5, 28:23
wreak [1] - 8:18
wrestling [1] - 29:15
write [1] - 27:15
written [4] - 7:10, 36:4, 48:17, 48:19

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 60 of 61

## Y

**yards** [1] - 22:14
**year's** [1] - 18:11
**years** [15] - 2:16, 2:19, 2:21, 17:19, 19:5, 19:23, 20:11, 21:16, 21:21, 22:25, 26:14, 26:19, 29:21, 43:24
**yesterday** [1] - 40:12
**young** [1] - 26:16
**younger** [2] - 20:19, 20:20
**youth** [2] - 20:13

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 6:18-cr-02034-CJW-MAR   Document 46   Filed 01/31/20   Page 61 of 61